Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILLYOUNG OH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HANMI FINANCIAL CORPORATION, BONITA I. LEE, and ROMOLO C. SANTAROSA,<br><br>Defendants. | Case No:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Killyoung Oh ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the defendants' public documents, conference calls and announcements made by

defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Hanmi Financial Corporation ("Hanmi" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.     This is a federal securities class action on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired the publicly traded securities of Hanmi between August 12, 2019 and January 28, 2020, both dates inclusive (the "Class Period"). Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

## JURISDICTION AND VENUE

2.     The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and §78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

3.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act.

4.     Venue is proper in this District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b) as Hanmi is headquartered and conducts business in this District. The alleged misstatements entered and subsequent damages took place within this District.

5.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of

Class Action Complaint for Violation of the Federal Securities Laws

interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

**PARTIES**

6.     Plaintiff, as set forth in the accompanying certification, incorporated by reference herein, purchased Hanmi common stock during the Class Period, and  suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

7.     Defendant Hanmi purports is a bank holding company whose subsidiary is Hanmi Bank (the "Bank"). Its primary operations are related to traditional banking activities, including the acceptance of deposits and the lending and investing of money through the operation of the Bank. Hanmi is a Delaware corporation with principal executive offices located at 3660 Wilshire Boulevard, Penthouse Suite A, Los Angeles, CA 90010. The Company's stock traded on the NASDAQ under the ticker symbol "HAFC."

8.     Defendant Bonita I. Lee ("Lee") has served as the Company's President, Chief Executive Officer ("CEO") and Director at all relevant times.

9.     Defendant Romolo C. Santarosa ("Santarosa") has served as the Company's Chief Financial Officer ("CFO") and Senior Executive Vice President at all relevant times.

10.     Defendants Lee and Santarosa are collectively referred to hereinafter as the "Individual Defendants."

11.     Each of the Individual Defendants:

(a)     directly participated in the management of the Company;

(b)     was directly involved in the day-to-day operations of the Company at the highest levels;

(c)     was privy to confidential proprietary information concerning the Company and its business and operations;

(d)     was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

(e)     was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

(f)     was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

(g)     approved or ratified these statements in violation of the federal securities laws.

12.     The Company is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

13.     The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to the Company under *respondeat superior* and agency principles.

14.     The Company and the Individual Defendants are referred to herein, collectively, as the "Defendants."

**SUBSTANTIVE ALLEGATIONS**

**Materially False and Misleading**

**<u>Statements Issued During the Class Period</u>**

15.     On August 12, 2019, the Company filed a Form NT 10-Q with the SEC, stating that it would not be able to timely file its Quarterly Report on Form 10-Q for the quarter ended June 30, 2019. The Company stated the following:

> Hanmi Financial Corporation (the "Company") is unable to file its Quarterly Report on Form 10-Q for the quarter ended June 30, 2019 ("Form 10-Q") with the Securities and Exchange Commission within the prescribed time period without unreasonable effort or expense

because the Company and its auditor are evaluating the classification of a single $40.7 million credit relationship (comprised of a $28.0 million construction loan and a $12.7 million business loan) and the related adjustment to the allowance for loan and lease losses that could affect the financial statements to be included in such Form 10-Q, as well as a possible internal control deficiency primarily relating to construction lending, *which may affect prior periods*.

(Emphasis added.)

16.    On October 4, 2019, the Company filed its quarterly report for the quarter ended June 30, 2019 on a Form 10-Q with the SEC ("Q2 19 Report"). The Q2 19 Report was signed by Defendants Lee and Santarosa. Attached to the Q2 19 Report, were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendants Lee and Santarosa attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

17.    The Q2 19 Report stated the following, in relevant part, about the previously disclosed troubled $40.7 million credit relationship:

Net income was $2.7 million, or $0.09 per diluted share, for the three months ended June 30, 2019 compared with $15.5 million, or $0.48 per diluted share, for the same period a year ago. For the six months ended June 30, 2019 and 2018, net income was $17.3 million, or $0.56 per diluted share, and $30.4 million, or $0.94 per diluted share, respectively. *The decline in net income for the quarter and year-to-date periods reflects primarily the increase in the provision for loan and lease losses arising during the three months ended June 30, 2019 from a $15.7 million specific allowance relating to a $40.7 million loan relationship comprised of a $27.9 million land loan and a $12.8 million business loan.*

The Bank, as part of its credit administration practices, evaluated the project status of the land loan, considered the approaching December 2019 contractual maturities of both loans and the timeliness of certain liquidity events for the guarantor of both loans during the 2019 second

Class Action Complaint for Violation of the Federal Securities Laws

quarter. *As a result, although both loans were current, the Bank placed the entire loan relationship on nonaccrual status. After evaluating the recent appraisals for the real and personal property securing the loans, the liquidity and personal guarantee of the borrower, and the appropriate accounting and regulatory guidance, the Bank established an aggregate specific allowance of $15.7 million.*

\*      \*      \*

The provision for loan and lease losses was $16.7 million and $0.1 million for the three months ended June 30, 2019 and 2018, respectively. *For the six months ended June 30, 2019, the provision for loan and lease losses was $17.8 and $0.7 million, respectively. The increase in the provision for loan and lease losses results principally from a $15.7 million specific allowance relating to a $40.7 million loan relationship added to nonaccrual loans in the 2019 second quarter.*

\*      \*      \*

*Classified loans and leases increased to $75.7 million at June 30, 2019, or 1.66 percent of total loans and leases receivable, from $29.5 million at December 31, 2018 principally because of the $40.7 million loan relationship placed on nonaccrual status during the three months ended June 30, 2019.* At June 30, 2019, the $65.5 million of construction loans included two land loans totaling $29.7 million ($27.9 million classified and $1.8 million pass), two completed construction loans totaling $26.0 million (all pass), and five active construction loans totaling $9.8 million (two totaling $7.7 million special mention and three totaling $2.1 million pass) with project completion ranging from 37% to 85%. In addition, two construction loans with outstanding commitments aggregating $1.5 million which had no advances outstanding at June 30, 2019.

\*      \*      \*

Nonperforming loans and leases were $63.0 million and $15.5 million as of June 30, 2019 and December 31, 2018, respectively. For the six months ended June 30, 2019, $71.0 million of loans and leases were placed on nonaccrual status. Offsetting these additions were $21.2 million of principal payoffs and pay-downs and $0.5 million in charge-

Class Action Complaint for Violation of the Federal Securities Laws

offs and upgrades. The three months ended March 31, 2019 included the addition of a $25.0 million commercial loan relationship, primarily secured by business assets and, to a lesser extent, commercial real estate. As of June 30, 2019, this relationship declined to $10.4 million from pay-downs and the specific allowance related to this relationship declined to $1.8 million. ***The three months ended June 30, 2019 included the addition of a $40.7 million loan relationship comprised of a $27.9 million land loan with a specific allowance of $14.7 million and a $12.8 million business loan with a specific allowance of $1.0 million.***

\* \* \*

***Total impaired loans and leases increased $41.1 million, or 163.4 percent, to $66.2 million as of June 30, 2019, from $25.1 million at December 31, 2018, principally due to the addition of a $40.7 million loan relationship comprised of a $27.9 million land loan and a $12.8 million business loan.*** Specific allowances associated with impaired loans and leases were $18.5 million and $1.8 million as of June 30, 2019 and December 31, 2018, respectively.

\* \* \*

***The allowance for loan and lease losses was $49.4 million as of June 30, 2019 and $31.9 million as of December 31, 2018. The increase primarily reflects a specific allowance of $15.7 million relating to a $40.7 million loan relationship.***

(Emphasis added.)

18.    On October 22, 2019, Hanmi issued a press release entitled "Hanmi Reports Third Quarter 2019 Results" which stated the following, in relevant part, regarding the previously disclosed troubled $40.7 million credit relationship:

***Net income of $12.4 million, or $0.40 per diluted share, up from $2.7 million, or $0.09 per diluted share for the prior quarter*** and down from $16.1 million or $0.50 per diluted share from the same quarter a year ago; second quarter net income included a $16.7 million provision for

Class Action Complaint for Violation of the Federal Securities Laws

loan and lease losses arising from a $15.7 million specific allowance relating to a $40.7 million loan relationship.

\*       \*       \*

Ms. Lee concluded, "Notwithstanding the troubled loan relationship identified in the prior quarter, overall asset quality remains strong. Hanmi continues to maintain disciplined underwriting standards and we remain focused on originating high-quality, well-priced loans and leases."

(Emphasis added.)

19.     On November 12, 2019, Hanmi filed its quarterly report for the quarter ended September 30, 2019 on a Form 10-Q with the SEC ("Q3 19 Report"). The Q3 19 Report was signed by Defendants Lee and Santarosa. Attached to the Q3 19 Report, were certifications pursuant to SOX signed by Defendants Lee and Santarosa attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

20.     The Q3 19 Report stated the following, in relevant part, about the previously disclosed troubled $40.7 million credit relationship:

*Net income for the nine months ended September 30, 2019 was $29.7 million, or $0.96 per diluted share compared with $46.5 million, or $1.43 per diluted share. The decline in net income for the nine-month period reflects primarily an increase in the provision for loan and lease losses during the second quarter of 2019 arising from a $15.7 million specific allowance relating to a $40.0 million troubled loan relationship comprised of a $27.5 million land loan and a $12.5 business loan.*

\*       \*       \*

The provision for loan and lease losses was $1.6 million and $0.2 million for the three months ended September 30, 2019 and 2018,

respectively. The increase in the provision for loan and lease losses reflects the increase in the general level of estimated loss rates. ***For the nine months ended September 30, 2019 and 2018, the provision for loan and lease losses was $19.4 million and $0.9 million, respectively. The increase in the provision for loan and lease losses for the nine months ended September 30, 2019 resulted principally from a $15.7 million specific allowance relating to a $40.0 million troubled loan relationship added to nonaccrual loans during the three-month period ended June 30, 2019.***

\*       \*       \*

***Classified loans and leases increased to $80.7 million at September 30, 2019, or 1.73 percent of total loans and leases receivable, from $29.5 million at December 31, 2018 principally because of the $40.0 million troubled loan relationship placed on nonaccrual status during the three months ended June 30, 2019.*** At September 30, 2019, the $76.8 million of construction loans included four land loans totaling $37.7 million ($27.4 million classified and $10.3 million pass/watch), three completed construction loans totaling $27.5 million (all pass) and four active construction loans totaling $11.6 million (two totaling $8.9 million special mention and two totaling $2.7 million pass) with project completion ranging from 44 percent to 93 percent. In addition, two construction loans with outstanding commitments aggregating $1.6 million had no advances outstanding at September 30, 2019.

\*       \*       \*

Nonperforming loans and leases were $64.7 million and $15.5 million as of September 30, 2019 and December 31, 2018, respectively. ***For the nine months ended September 30, 2019, $83.8 million of loans and leases were placed on nonaccrual status.*** Offsetting these additions were $32.2 million of principal payoffs and pay-downs and $0.5 million in charge-offs and upgrades, with the remainder representing transfers to OREO and loan sales. Nonperforming loans at September 30, 2019, reflect the second quarter 2019 addition of a $40.0 million troubled loan relationship.

\*       \*       \*

Class Action Complaint for Violation of the Federal Securities Laws

***Total impaired loans and leases increased $42.2 million, or 167.8 percent, to $67.3 million as of September 30, 2019, from $25.1 million at December 31, 2018, principally due to the addition of a $40.0 million troubled loan relationship*** comprised of a $27.5 million land loan and a $12.5 million business loan. Specific allowances associated with impaired loans and leases were $17.1 million and $1.8 million as of September 30, 2019 and December 31, 2018, respectively.

\* \* \*

The allowance for loan and lease losses was $50.7 million as of September 30, 2019 and $31.9 million as of December 31, 2018. The increase primarily reflects a specific allowance of $15.7 million relating to a $40.0 million troubled loan relationship.

(Emphasis added.)

21.     The statements contained in ¶¶15-20 were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operational and financial results, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) the specified $40.7 million troubled loan would necessitate further and future specific provisions for the Company – in the millions; (2) the specified $40.7 million troubled loan would necessitate the Company to appraise and take personal property securing a portion of the amount of the loan; and (3) as a result, Defendants' public statements were materially false and misleading at all relevant times.

**The Truth Emerges**

22.     On January 28, 2018, after the market closed, Hanmi announced its financial results for the fourth quarter of 2019. Hanmi reported net income of $3.1 million for the quarter, which included a "$6.9 million specific provision for loan and

Class Action Complaint for Violation of the Federal Securities Laws

lease losses related to a previously identified $39.7 million troubled loan relationship." The press release stated, in pertinent part:

> **Hanmi Financial Corporation (NASDAQ: HAFC, or "Hanmi")**, the parent company of Hanmi Bank (the "Bank"), today reported net income for the 2019 fourth quarter of $3.1 million, or $0.10 per diluted share, compared with $12.4 million, or $0.40 per diluted share for the 2019 third quarter and $11.4 million, or $0.37 per diluted share for the 2018 fourth quarter. ***2019 fourth quarter net income included a $6.9 million specific provision for loan and lease losses related to the previously identified $39.7 million troubled loan relationship.*** For the 2019 year, net income was $32.8 million, or $1.06 per diluted share, compared with $57.9 million, or $1.79 per diluted share, for 2018.
>
> Bonnie Lee, President and Chief Executive Officer, said, "Hanmi's performance in the fourth quarter was highlighted by excellent growth in loan and lease production along with an improving mix of deposits. Total loan and lease production volume of $381.4 million increased more than 75% from the prior quarter and nearly 55% from the fourth quarter last year. Despite the strong loan and lease production, payoffs more than doubled from the prior quarter, which resulted in loan and lease growth in the fourth quarter of 3.6% on an annualized basis. In addition, we benefitted during the year from an 8.3% increase in noninterest-bearing demand deposits along with a 13.6% reduction in time deposits that helped mitigate competitive pressure on loan yields."
>
> Ms. Lee continued, "***Net income for the quarter included a $6.9 million specific provision related to the previously identified $39.7 million troubled loan relationship. We continue to work with the borrower on an orderly resolution to the relationship and the borrower has continued payments, reducing the relationship to $39.7 million from $40.7 million at midyear. With the loans comprising this relationship maturing on December 31, 2019, we received current appraisals on the personal property securing the relationship and have provided for a specific allowance at the lower range of the appraised values***. Notwithstanding this particular relationship, Hanmi's overall credit quality metrics remain strong."

Class Action Complaint for Violation of the Federal Securities Laws

Ms. Lee concluded, "As we look ahead to 2020, given our strong deposit franchise and loan and lease pipeline I believe Hanmi is well-positioned to deliver profitable growth throughout the year."

(Emphasis added.)

23.    On this news, shares of Hanmi fell $1.77 per share or 9.43% to close at $16.99 per share on January 29, 2020, damaging investors.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

24.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired the publicly traded securities of Hanmi during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

25.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Hanmi securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by the Company or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

26.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

Class Action Complaint for Violation of the Federal Securities Laws

27.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

28.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the financial condition, business, operations, and management of the Company;

- whether Defendants' public statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

- whether the Individual Defendants caused the Company to issue false and misleading SEC filings and public statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading SEC filings and public statements during the Class Period;

- whether the prices of Hanmi securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

29.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is

Class Action Complaint for Violation of the Federal Securities Laws

impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

30.     Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

• Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

• the omissions and misrepresentations were material;

• Hanmi securities are traded in efficient markets;

• the Company's securities were liquid and traded with moderate to heavy volume during the Class Period;

• the Company traded on the NASDAQ, and was covered by multiple analysts;

• the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

• Plaintiff and members of the Class purchased and/or sold Hanmi securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

31.     Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

32.     Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants

omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## COUNT I

### Violation of Section 10(b) of The Exchange Act and Rule 10b-5

### Against All Defendants

33.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

34.     This Count is asserted against the Company and the Individual Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

35.      During the Class Period, the Company and the Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

36.     The Company and the Individual Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

- employed devices, schemes and artifices to defraud;

- made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

- engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of Hanmi securities during the Class Period.

Class Action Complaint for Violation of the Federal Securities Laws

37.     The Company and the Individual Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

38.     Individual Defendants, who are the senior officers and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other personnel of the Company to members of the investing public, including Plaintiff and the Class.

39.     As a result of the foregoing, the market price of Hanmi securities was artificially inflated during the Class Period. In ignorance of the falsity of the Company's and the Individual Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of Hanmi securities during the Class Period in purchasing Hanmi securities at prices that were artificially inflated as a result of the Company's and the Individual Defendants' false and misleading statements.

40.     Had Plaintiff and the other members of the Class been aware that the market price of Hanmi securities had been artificially and falsely inflated by the

Company's and the Individual Defendants' misleading statements and by the material adverse information which the Company's and the Individual Defendants did not disclose, they would not have purchased Hanmi securities at the artificially inflated prices that they did, or at all.

41.     As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

42.     By reason of the foregoing, the Company and the Individual Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the Plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchases of Hanmi securities during the Class Period.

## COUNT II

### Violation of Section 20(a) of The Exchange Act

### Against The Individual Defendants

43.     Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

44.     During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information regarding the Company's business practices.

45.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

Class Action Complaint for Violation of the Federal Securities Laws

46.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Hanmi securities.

47.     Each of the Individual Defendants, therefore, acted as a controlling person of the Company. By reason of their senior management positions and/or being directors of the Company, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, the Company to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of the Company and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

48.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.     Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

1     C.     Awarding Plaintiff and the other members of the Class prejudgment and

2   post-judgment interest, as well as their reasonable attorneys' fees, expert fees and

3   other costs; and

4     D.     Awarding such other and further relief as this Court may deem just and

5   proper.

6                    **DEMAND FOR TRIAL BY JURY**

7       Plaintiff hereby demands a trial by jury.

8

9   Dated: March 26, 2020              Respectfully submitted,

10

11

12                                     **THE ROSEN LAW FIRM, P.A.**
                                       By: /s/Laurence M. Rosen
13                                     Laurence M. Rosen, Esq. (SBN 219683)

14                                     355 S. Grand Avenue, Suite 2450
                                       Los Angeles, CA 90071
15                                     Telephone: (213) 785-2610

16                                     Facsimile: (213) 226-4684
                                       Email: lrosen@rosenlegal.com
17

18                                     *Counsel for Plaintiff*

19

20

21

22

23

24

25

26

27

28

Class Action Complaint for Violation of the Federal Securities Laws