# Exhibit 3

**Hanmi Financial Corporation Loss Chart**
**between August 12, 2019 and January 28, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 13.1798961 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oh, Killyoung | 1/7/2020 | 300 | ($19.30) | ($5,790.00) | | | | | | | | |
| | | 300 | | ($5,790.00) | | | | | 300 | $3,953.97 | ($1,836.03) | |