Ekwan E. Rhow – State Bar No. 174604
    erhow@birdmarella.com
Darren L. Patrick – State Bar No. 310727
    dpatrick@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100

Naeun Rim – State Bar No. 263558
    nrim@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Tel: (310) 312-4000

*Attorneys for Defendants Hanmi Financial Corp.,*
*Bonita I. Lee, Romolo C. Santarosa, and C. G. Kum*

Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
Email: lrosen@rosenlegal.com
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 785-2610

*Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILLYOUNG OH, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HANMI FINANCIAL CORPORATION *et al.*,<br>        Defendants. | No. 2:20-cv-02844-FLA-JC<br><br>**JOINT REQUEST FOR DECISION PURSUANT TO L.R. 83-9.2**<br><br>CLASS ACTION<br><br>Judge: Hon. Fernando L. Aenlle-Rocha |

The Parties[1], through their undersigned attorneys, respectfully submit this joint request, pursuant to L.R. 83-9.2 (the "Request"), that the Court issue a decision on Defendants' Motion to Dismiss Second Amended Class Action Complaint for Violations of the Federal Securities Laws filed May 21, 2021 (Dkt. No. 55, the "Motion"), which is pending in the above-captioned action.

## RECITALS

On April 6, 2021, Plaintiff filed the Second Amended Complaint for Violations of the Federal Securities Laws against all Defendants (Dkt. No. 45).

Defendants filed the Motion on May 21, 2021 (Dkt. No. 55); Plaintiff filed his opposition on July 6, 2021 (Dkt. No. 59); Defendants filed their reply on July 21, 2021 (Dkt. No. 60); and Defendants filed their corrected reply on July 23, 2021 (Dkt. No. 62).

On August 5, 2021, prior to the scheduled August 6, 2021 hearing on the Motion, the Court issued an Order finding that the Motion was appropriate for decision without oral argument and taking the Motion under submission (Dkt. No. 63).

The Court has not made a decision within 120 days of the Motion being submitted for decision, pursuant to L.R. 83-9.1, requiring the Parties to file this Request pursuant to L.R. 83-9.2 not later than 130 days after the Motion was submitted for decision.

## REQUEST

The Parties therefore request, pursuant to L.R. 83-9.2, that the Court issue its decision on the Motion within 30 days or advise the Parties within 30 days in writing of the date by which the decision will be made.

---

[1] The Parties are Lead Plaintiff Killyoung Oh ("Plaintiff"), individually and on behalf of others similarly situated, and Defendants Hanmi Financial Corporation, Bonita I. Lee, Romolo C. Santarosa, and C.G. Kum (collectively, "Defendants").

Dated: November 29, 2021
Respectfully submitted,

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 785-2610
lrosen@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*

Dated: November 29, 2021
Respectfully submitted,

/s/ Darren L. Patrick
Darren L. Patrick
Bird, Marella, Boxer, Wolpert,
Nessim, Drooks, Lincenberg &
Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel.: (310) 201-2100
dpatrick@birdmarella.com

*Attorneys for Defendants Hanmi
Financial Corporation, Bonita I.
Lee, Romolo C. Santarosa, and C. G.
Kum*