# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILLYOUNG OH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANMI FINANCIAL CORPORATION, C.G. KUM, BONITA I. LEE, and ROMOLO C. SANTAROSA,<br><br>Defendants. | Case No. 2:20-cv-02844-FLA (JCx)<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING DOCUMENTATION OF SETTLEMENT [DKT. 73]** |

On April 28, 2023, the Parties filed the Joint Stipulation to Stay Action Pending Documentation of Settlement (the "Stipulation").

The Stipulation requests that the court stay the action and suspend all upcoming deadlines and proceedings established by the operative scheduling order (Dkt. No. 69) while the Parties finalize the settlement papers.

The court, having considered the parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The action is stayed and all upcoming deadlines and proceedings are suspended to allow the Parties to document the settlement; and

2. The Parties shall execute a stipulation of settlement, and Plaintiff shall file a motion for preliminary approval of the settlement, within thirty (30) days of the entry of this order.

IT IS SO ORDERED.

Dated: May 3, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge