**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KILLYOUNG OH,<br><br>            Plaintiff,<br><br>            v.<br><br>HANMI FINANCIAL CORPORATION, et al.,<br><br>            Defendants. | Case No. 2:20-cv-02844-FLA (JCx)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND STAY OF ACTION PENDING DOCUMENTATION OF SETTLEMENT [DKT. 75]** |

On May 31, 2023, the Parties filed the Joint Stipulation to Extend Stay Of Action Pending Documentation of Settlement (the "Stipulation").

The Stipulation requests that the court continue to stay the action and suspend all upcoming deadlines and proceedings established by the operative scheduling order (Dkt. 69) while the parties finalize the settlement papers.

The court, having considered the Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The action is stayed and all upcoming deadlines and proceedings are suspended to allow the Parties to document the settlement; and

2. The parties shall execute a stipulation of settlement, and Plaintiff shall file a motion for preliminary approval of the settlement, within twenty-one (21) days of the entry of this order.

IT IS SO ORDERED.

Dated: June 2, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1