Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Daniel Tyre-Karp (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: dtyrekarp@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KILLYOUNG OH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANMI FINANCIAL CORPORATION, C. G. KUM, BONITA I. LEE, and ROMOLO C. SANTAROSA,<br><br>Defendants. | Case No. 2:20-cv-02844-FLA-JC<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: July 21, 2023<br>Time: 1:30 p.m.<br>Courtroom: 6B<br>Judge: Fernando L. Aenlle-Rocha |

Lead Plaintiff Killyoung Oh ("Lead Plaintiff"), individually and on behalf of the proposed settlement class, respectfully submit this Motion for Preliminary Approval of Class Action Settlement.

PLEASE TAKE NOTICE that on July 21, 2023, or such date as determined by the Court, in the United States District Court for the Central District of California, Lead Plaintiff will and hereby does move the Court for an order: (i) certifying the Settlement Class for settlement purposes only, appointing Lead Plaintiff as class representative, and appointing The Rosen Law Firm, P.A. as class counsel; (ii) preliminarily approving the proposed Settlement of this class action; (iii) approving the parties' proposed form and method of notifying the Settlement Class of the action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (v) setting a hearing on whether the Court should grant final approval of the Settlement, dismiss claims against Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to Lead Counsel and award to Lead Plaintiff. This motion is based upon the Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Preliminary Approval, Declaration of Phillip Kim in Support of Lead Plaintiff's Motion for Preliminary Approval, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Pursuant to Local Rule 7-3, Lead Counsel have conferred with Defense Counsel who do not oppose the relief requested in this motion.

| | | |
|---|---|---|
|1| Dated: June 23, 2023 | **THE ROSEN LAW FIRM, P.A.** |
|2| | |
|3| | */s/Phillip Kim* |
| | | Laurence M. Rosen (SBN 219683) |
|4| | 355 South Grand Avenue, Suite 2450 |
|5| | Los Angeles, CA 90071 |
| | | Telephone: (213) 785-2610 |
|6| | Facsimile: (213) 226-4684 |
|7| | Email: lrosen@rosenlegal.com |
|8| | Phillip Kim (*pro hac vice*) |
|9| | Daniel Tyre-Karp (*pro hac vice*) |
| | | 275 Madison Avenue, 40th Floor |
|10| | New York, NY 10016 |
|11| | Telephone: (212) 686-1060 |
| | | Facsimile: (212) 202-3827 |
|12| | Email: pkim@rosenlegal.com |
|13| | Email: dtyrekarp@rosenlegal.com |
|14| | |
|15| | *Lead Counsel for Plaintiff and the Class* |

- 3 -

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; 2:20-cv-02844-FLA-JC

# CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am a Partner at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On June 23, 2023, I electronically filed the foregoing **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 23, 2023.

                          */s/Phillip Kim*