Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Daniel Tyre-Karp (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: dtyrekarp@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILLYOUNG OH, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HANMI FINANCIAL CORPORATION, C. G. KUM, BONITA I. LEE, and ROMOLO C. SANTAROSA, <br><br> Defendants. | Case No. 2:20-cv-02844-FLA-JC <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF PHILLIP KIM IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: July 21, 2023 <br> Time: 1:30 p.m. <br> Courtroom: 6B <br> Judge: Fernando L. Aenlle-Rocha |

1

DECLARATION OF PHILLIP KIM IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
No. 2:20-cv-02844-FLA-JC

I, Phillip Kim, declare:

1.      I am a Partner at The Rosen Law Firm, P.A., Court-appointed Lead Counsel and attorneys for Lead Plaintiff Killyoung Oh. I am an attorney admitted to practice *pro hac vice* in the above-captioned action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      I make this declaration in support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

3.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:   Excerpt from Hanmi Financial Corporation's Form 10-Q for the quarter ending March 31, 2020 filed with the U.S. Securities and Exchange Commission on May 11, 2020.

Exhibit 2:   Excerpt from a report by Cornerstone Research, titled *Securities Class Action Settlements: 2022 Review and Analysis*.

Exhibit 3:   Excerpt from a report by NERA Economic Consulting, titled *Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review*.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 23, 2023.

*/s/Phillip Kim*
Phillip Kim

2

**CERTIFICATE OF SERVICE**

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am Partner at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On June 23, 2023, I electronically filed the following **DECLARATION OF PHILLIP KIM IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 23, 2023.

/s/Phillip Kim
Phillip Kim

3

DECLARATION OF PHILLIP KIM IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
No. 2:20-cv-02844-FLA-JC