Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Daniel Tyre-Karp (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: dtyrekarp@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILLYOUNG OH, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HANMI FINANCIAL CORPORATION, C. G. KUM, BONITA I. LEE, and ROMOLO C. SANTAROSA,<br><br>    Defendants. | Case No. 2:20-cv-02844-FLA-JC<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. NO. 80)**<br><br>Date: July 21, 2023<br>Time: 1:30 p.m.<br>Courtroom: 6B<br>Judge: Fernando L. Aenlle-Rocha |

- 1 -

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. NO. 80); 2:20-cv-02844-FLA-JC

Lead Plaintiff Killyoung Oh ("Lead Plaintiff"), respectfully submits this Notice of Non-Opposition to Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Motion") (Dkt. No. 80). Lead Plaintiff filed the Motion on June 23, 2023, with a motion day of July 21, 2023. Pursuant to Local Civil Rule 7-9, the deadline to oppose the Motion was June 30, 2023. No opposition has been filed.

Accordingly, the Court should grant the Motion so that notice of the Settlement can be issued to Settlement Class Members and the Settlement can proceed to the final approval stage where the Court will weigh the merits of the Settlement to determine whether the Settlement is fair, reasonable, and adequate. A proposed schedule of events is listed in Section VI of the Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement. (Dkt. No. 81 at 23-24).

Dated: July 5, 2023                 **THE ROSEN LAW FIRM, P.A.**

*/s/Phillip Kim*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Daniel Tyre-Karp (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: dtyrekarp@rosenlegal.com

*Lead Counsel for Lead Plaintiff
and the Class*

- 2 -

## CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am a Partner at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On July 5, 2023, I electronically filed the foregoing **NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. NO. 80)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 5, 2023.

*/s/Phillip Kim*

- 3 -

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. NO. 80); 2:20-cv-02844-FLA-JC