Laurence M. Rosen, Esq.
**THE ROSEN LAW FIRM, P.A.**
Email: lrosen@rosenlegal.com
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 785-2610

*Lead Counsel for Plaintiff and the Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILLYOUNG OH, Individually and on behalf of all others similarly situated, | No. 2:20-cv-02844-FLA-JC |
| Plaintiff, | **JOINT REQUEST FOR DECISION PURSUANT TO L.R. 83-9.2** |
| v. | CLASS ACTION |
| HANMI FINANCIAL CORPORATION, BONITA I. LEE, and ROMOLO C. SANTAROSA, | Judge: Hon. Fernando L. Aenlle-Rocha |
| Defendants. | |

Joint Request for Decision -- Case No. 2:20-cv-02844-FLA-JC

The Parties[1], through their undersigned attorneys, respectfully submit this joint request, pursuant to L.R. 83-9.2 (the "Request"), that this Court issue a decision on Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, filed June 23, 2023 (Dkt. No. 80, the "Motion"), which is pending in the above-captioned action.

## **RECITALS**

On June 23, 2023, Lead Plaintiff filed the Settlement Agreement (Dkt. No. 79), the Motion (Dkt. No. 80), the Memorandum in support of the Motion (Dkt. No. 81), and the Declaration in support of the Motion (Dkt. No. 82).

On July 5, 2023, Plaintiff filed a Notice of Non-Opposition stating that the deadline to oppose the Motion was June 30, 2023 and that no opposition had been filed (Dkt. No. 83).

On July 17, 2023, prior to the scheduled July 21, 2023 hearing on the Motion, the Court issued an Order finding that the Motion was appropriate for decision without oral argument and taking the Motion under submission (Dkt. No. 84).

The Court has not made a decision within 120 days of the Motion being submitted for decision, pursuant to L.R. 83-9.1, requiring the Parties to file this

---

[1] The Parties are Lead Plaintiff Killyoung Oh ("Plaintiff"), individually and on behalf of others similarly situated, and Defendants Hanmi Financial Corporation, Bonita I. Lee, C.G. Kum, and Romolo C. Santarosa (collectively, "Defendants").

Request pursuant to L.R. 83-9.2 not later than 130 days after the Motion was submitted for decision.

## **REQUEST**

The Parties therefore request, pursuant to L.R. 83-9.2, that the Court issue its decision on the Motion within 30 days or advise the Parties within 30 days in writing of the date by which the decision will be made.

Dated: November 8, 2023                    Respectfully submitted,

*/s/ Laurence M. Rosen*                    */s/ Naeun Rim*
Laurence M. Rosen (SBN 219683)             Naeun Rim – State Bar No. 263558
  lrosen@rosenlegal.com                      nrim@manatt.com
THE ROSEN LAW FIRM, P.A.                   MANATT, PHELPS & PHILLIPS,
355 South Grand Avenue, Suite 2450         LLP
Los Angeles, CA 90071                      2049 Century Park East, Suite 1700
Tel: (213) 785-2610                        Los Angeles, California 90067
                                           Tel: (310) 312-4000

Daniel Tyre-Karp (*pro hac vice*)
  dtyrekarp@rosenlegal.com                 Ekwan Rhow
THE ROSEN LAW FIRM, P.A.                     erhow@birdmarella.com
275 Madison Ave, 34th Floor                Bird, Marella, Boxer, Wolpert,
New York, NY 10016                         Nessim, Drooks, Lincenberg &
Tel: (212) 686-1060                        Rhow, P.C.
                                           1875 Century Park East, 23rd Floor
*Lead Counsel for*                         Los Angeles, California 90067-2561
*Plaintiff and the Class*                  Tel.: (310) 201-2100

                                           *Attorneys for Defendants Hanmi*
                                           *Financial Corporation, Bonita I.*
                                           *Lee, Romolo C. Santarosa, and C. G.*
                                           *Kum*

**Attestation**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.

Respectfully submitted,

/s/ *Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
Email: lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610

*Lead Counsel for Plaintiff and the Class*