Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Daniel Tyre-Karp (*pro hac vice*)
Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: dtyrekarp@rosenlegal.com
Email: philkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KILLYOUNG OH, Individually and on behalf of all others similarly situated,

    Plaintiff,

    v.

HANMI FINANCIAL CORPORATION, C. G. KUM, BONITA I. LEE, and ROMOLO C. SANTAROSA,

    Defendants.

Case No. 2:20-cv-02844-FLA-JC

CLASS ACTION

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS**

Date: September 6, 2024
Time: 1:30 p.m.
Courtroom: 6B
Judge: Fernando L. Aenlle-Rocha

- 1 -

1    **PLEASE TAKE NOTICE** that pursuant to the Order Granting Motion for

2    Preliminary Approval of Class Action Settlement [Dkt. 80], entered on March 19, 2024

3    (Dkt. 88), on September 6, 2024 at 1:30 p.m., before the Honorable Fernando L.

4    Aenlle-Rocha, United States District Judge for the Central District of California, 350

5    W. 1st Street, Courtroom 6B, 6th Floor, Los Angeles, California 90012, Lead Plaintiff

6    Killyoung Oh ("Lead Plaintiff") will and hereby does move this Court for entry of an

7    order granting final: (i) certification of the proposed Settlement Class for settlement

8    purposes only; (ii) approval of the proposed Settlement and the plan to allocate the

9    settlement proceeds; and (iii) approval of the form, manner, and content of the notice

10   of the Settlement that was delivered to the Settlement Class

11       Lead Plaintiff bases this motion upon the: Memorandum of Points and

12   Authorities in Support of Motion for Final Approval of Settlement and Plan of

13   Allocation, and Final Certification of Settlement Class; Declaration of Daniel Tyre-

14   Karp in Support of the Motions for: (I) Final Approval of Class Action Settlement; and

15   (II) an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff and all

16   exhibits thereto; all records and papers on file in this action; and any argument offered

17   at a hearing on this motion.

18       Lead Plaintiff will submit a proposed Order and Final Judgment granting the

19   requested relief with his reply papers after the deadlines for submitting claims,

20   objecting to the Settlement, and requesting exclusion from the Settlement Class have

21   passed.

22       Pursuant to Local Rule 7-3, Lead Plaintiff has conferred with Defense Counsel

23   who do not oppose this motion.

24

25

26

27

28

- 2 -

Dated: August 9, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Daniel Tyre-Karp*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Daniel Tyre-Karp (*pro hac vice*)
Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: dtyrekarp@rosenlegal.com
Email: philkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff
and the Class*

**GLANCY PRONGAY & MURRAY LLP**
Kara M. Wolke (SBN 241521)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: kwolke@glancylaw.com

*Additional Counsel for Lead Plaintiff*

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I, Daniel Tyre-Karp, hereby declare under penalty of perjury as follows:

I am Counsel at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On August 9, 2024, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 9, 2024.

*/s/Daniel Tyre-Karp*

- 4 -