# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KILLYOUNG OH, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

HANMI FINANCIAL CORPORATION, C. G. KUM, BONITA I. LEE, and ROMOLO C. SANTAROSA,

Defendants.

Case No. 2:20-cv-02844-FLA-JC

Hon. Fernando L. Aenlle-Rocha

CLASS ACTION

**DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE AND EMAILING OF LONG NOTICE AND CLAIM FORM; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUSTS FOR EXCLUSION AND OBJECTIONS**

DECLARATION OF MARGERY CRAIG, Case No. 2:20-cv-02844-FLA (JC)

I, Margery Craig, declare as follows:

1.     I am a Project Manager of Strategic Claims Services ("SCS"), a nationally-recognized class action administration firm. I have over seventeen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception. I submit this declaration in order to provide the Court and the Parties with information regarding the notification of the Settlement to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently thereto.

2.     Pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement, dated March 19, 2024 (Dkt. No. 88, the "Preliminary Approval Order"), SCS was approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the above-captioned action.[1]

## MAILING OF POSTCARD NOTICE AND EMAILING LINKS TO LONG NOTICE AND CLAIM FORM

3.     SCS sent the Depository Trust Company ("DTC") a Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Claim Form") for the DTC to publish on its Legal Notice System ("LENS") on March 29, 2024. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, filed June 23, 2023 (Dkt. No. 79, the "Stipulation").

DECLARATION OF MARGERY CRAIG, Case No. 2:20-cv-02844-FLA (JC)

based on particular notices or particular CUSIPs once a legal notice is posted. **Exhibit A** is a copy of the Long Notice and Claim Form.

4.       As in most class actions of this nature, the vast majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains and continually updates its proprietary master list of brokerage firms, banks, institutions and other third-party nominees. As of the date of this declaration, SCS's proprietary master list consisted of 1,101 banks and brokerage companies ("Nominee Account Holders"), as well as 1,305 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On March 29, 2024, SCS caused a letter to be mailed or e-mailed to the 2,406 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that, within 10 calendar days from the date of the letter or email, they either send the Postcard Notice or email the link to the Long Notice and Claim Form on the settlement webpage to their customers who may be beneficial purchasers/owners, or provide SCS with a list of names, last known addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly either mail the Postcard Notice or email the link to the Long Notice and Claim Form directly to them.  A copy of the letter sent to these nominees is attached as **Exhibit B.**

5.       To provide actual notice to all persons or entities who purchased the publicly-traded common stock of Hanmi Financial Corporation ("Hanmi") during the period from August 9, 2018 through April 30, 2020, both dates inclusive (the "Settlement Class Period"), pursuant to the Preliminary Approval Order, SCS

DECLARATION OF MARGERY CRAIG, Case No. 2:20-cv-02844-FLA (JC)

printed and mailed the Postcard Notice to potential Settlement Class Members. A true and correct copy of the Postcard Notice is attached as **Exhibit C**.

6.      SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 702 people/organizations identified in Hanmi's transfer records that were provided to SCS on March 29, 2024. The records provided to SCS reflect the entity that purchased Hanmi's publicly-traded common stock for their own account, or for the account(s) of their clients, during the Settlement Class Period. The transfer record mailing was completed on April 2, 2024. SCS received 3,742 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that SCS mail copies of the Postcard Notice. SCS also received a request from two nominees for 4,725 copies of the Postcard Notice, in total, so that these nominees could forward them to their customers. Another nominee alerted SCS that it mailed the Postcard Notices to 744 of its customers. To date, 9,913 Postcard Notices have been mailed to potential Settlement Class Members.[2]

7.      Of the 9,913 Postcard Notices mailed, 388 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 18, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 370 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 87 were re-mailed to updated addresses.

8.      Additionally, SCS emailed links to the Long Notice and Claim Form to one individual provided by a nominee. SCS also received 1,013 email addresses for potential Settlement Class Members for whom physical addresses

---

[2] SCS received two requests from potential Settlement Class Member for the Long Notice and Claim Form to be mailed to them. SCS immediately mailed the Long Notice and Claim Form to the potential Settlement Class Members.

4

DECLARATION OF MARGERY CRAIG, Case No. 2:20-cv-02844-FLA (JC)

were also provided. In addition to mailing these potential Settlement Class Members the Postcard Notice, SCS promptly emailed them links to the Long Notice and Claim Form. Additionally, SCS was notified by one nominee that it emailed 3,753 of its customers the links to the Long Notice and Claim Form on the settlement webpage. Accordingly, 4,767 notices were emailed to potential Settlement Class Members.

9.      To date, a total of 13,667 notices were mailed and/or emailed to potential Settlement Class Members.

### PUBLICATION OF THE SUMMARY NOTICE

10.     Pursuant to the Preliminary Approval Order, the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") was published electronically once on *GlobeNewswire* and in print once in the *Investor's Business Daily* on April 15, 2024, as shown in the confirmations of publication attached hereto as **Exhibit D.**

### TOLL-FREE PHONE LINE

11.     SCS maintains a toll-free telephone number (1-866-274-4004) that Settlement Class Members may call to obtain information about the Settlement and/or request copies of the Long Notice and Claim Form.  SCS has promptly responded to each telephone inquiry and addressed Settlement Class Member inquiries.

### SETTLEMENT WEBSITE

12.     On March 29, 2024, SCS established a webpage on its website at www.strategicclaims.net/Hanmi.  The webpage is accessible 24 hours a day, 7 days a week.  The webpage contains the current status; the case deadlines; the online claim filing link; and important case documents such as the Long Notice and Claim Form, the Preliminary Approval Order, and the Stipulation with exhibits.  Pursuant to the Preliminary Approval Order, SCS will continue to

maintain and, as appropriate, update the settlement webpage with relevant case information for a minimum of six months. Indeed, SCS will maintain this website longer than the Court required as SCS will ensure that the settlement website is active through the distribution process. Distribution of the Settlement Fund will occur several months after final approval of the Settlement.

## REPORT ON EXCLUSIONS AND OBJECTIONS

13.  The Postcard Notice, Long Notice, Summary Notice, and the settlement website informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than August 16, 2024.  SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has not received any request for exclusion.

14.  According to the Long Notice, Postcard Notice, and Summary Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses or application for an award to Plaintiff, and/or who think the Court should not approve the Settlement, must be submitted to Lead Counsel and Counsel for Defendants, as well as filed with the Clerk of the Court, no later than August 16, 2024.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objections were submitted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 9th day of August 2024, in Media, Pennsylvania.

Margery Craig

6

**EXHIBIT A**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILLYOUNG OH, Individually and on behalf of all others similarly situated, | Case No. 2:20-cv-02844-FLA-JC |
| | |
| Plaintiff, | Hon. Fernando L. Aenlle-Rocha |
| | |
| v. | <u>CLASS ACTION</u> |
| | |
| HANMI FINANCIAL CORPORATION, C. G. KUM, BONITA I. LEE, and ROMOLO C. SANTAROSA, | **NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION** |
| | |
| Defendants. | |

If you purchased publicly-traded Hanmi Financial Corporation ("Hanmi" or the "Company") common stock during the period from August 9, 2018 through April 30, 2020, both dates inclusive ("Settlement Class Period"), you could get a payment from a proposed class action settlement ("Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide $3,000,000, plus interest as it accrues ("Settlement Fund"), minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased publicly-traded Hanmi common stock during the Settlement Class Period.
- The Settlement is not an admission or concession by Hanmi, its counsel, or any of the other Defendants of the truth of any of the allegations in the Action, or of any liability, fault, or wrongdoing of any kind, nor is it a concession that any Settlement Class Member directly or indirectly suffered any damages, harm, or loss.
- The approximate recovery, before deduction of attorneys' fees and expenses approved by the Court, is an average of $0.25 per allegedly damaged share of Hanmi common stock. This estimate is based on the assumptions set forth in the following two paragraphs. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Hanmi common stock, the purchase and sale prices, and the total number and amount of claims filed.
- Attorneys for Plaintiff ("Lead Counsel") intend to ask the Court to award them fees of up to one-third of the Settlement Fund, reimbursement of litigation expenses of no more than $80,000, and an award to Plaintiff not to exceed $10,000. Collectively, the attorneys' fees and expenses and award to Plaintiff are estimated to average $0.09 per allegedly damaged share of Hanmi common stock. If approved by the Court, these amounts will be paid from the Settlement Fund.
- The Settlement represents an estimated average recovery of $0.16 per allegedly damaged share of Hanmi common stock for the approximately 11.8 million allegedly damaged shares during the Settlement Class Period. Shares may have been traded more than once during the Settlement Class Period. This estimate solely reflects the average recovery per allegedly damaged share of Hanmi common stock. The indicated average recovery per share will be the total average recovery for all purchasers of that share. This is not an estimate of the actual recovery per share

- 1 -

you should expect. Your actual recovery will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Hanmi common stock, and the total number of claims filed.

- The Settlement resolves the Action concerning whether Hanmi and individual defendants Bonita I. Lee, Romolo C. Santarosa, and C. G. Kum ("Defendants") violated the federal securities laws by making misrepresentations and/or omissions of material fact in various filings with the U.S. Securities and Exchange Commission or in other public statements to investors. Defendants deny each and every claim and contention alleged in the Action and deny any misconduct or wrongdoing whatsoever, including by any of Hanmi's officers, directors, or employees.
- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

### YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **SUBMIT A CLAIM FORM NO LATER THAN AUGUST 7, 2024** | The only way to get a payment. |
| **EXCLUDE YOURSELF NO LATER THAN AUGUST 16, 2024** | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against Defendants about the legal claims in this case. |
| **OBJECT NO LATER THAN AUGUST 16, 2024** | Write to the Court and explain why you object to the Settlement. |
| **GO TO A HEARING ON SEPTEMBER 6, 2024** | Ask to speak in Court about the fairness of the Settlement no later than August 16, 2024 at the Settlement Hearing on  September 6, 2024. |
| **DO NOTHING** | Get no payment.  Give up rights. |

### INQUIRIES

**Please do not contact the Court regarding this Notice.**  All inquiries concerning this Notice, the Proof of Claim and Release Form ("Proof of Claim"), or any other questions by Settlement Class Members should be directed to:

| | | |
|---|---|---|
| Hanmi Financial Corporation Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson Street, Suite 205 Media, PA 19063 Tel.: 866-274-4004 Fax: 610-565-7985 Email: info@strategicclaims.net | OR | Daniel Tyre-Karp THE ROSEN LAW FIRM, P.A. 275 Madison Avenue, 40th Floor New York, NY 10016 Tel: 212-686-1060 Fax: 212-202-3827 Email: dtyrekarp@rosenlegal.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated June 23, 2023 ("Stipulation").

## COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

1.      **Why did I get this Notice?**

You or someone in your family may have purchased publicly-traded Hanmi common stock between August 9, 2018 and April 30, 2020, both dates inclusive.

2.      **What is this lawsuit about?**

The case is known as *Killyoung Oh v. Hanmi Financial Corporation, et al.,* Case No. 2:20-cv-02844-FLA-JC (C.D. Cal.) ("Action"). The Action is pending in the United States District Court for the Central District of California.

The Action involves Plaintiff's allegations that Defendants violated the federal securities laws by making false or misleading statements in Hanmi's filings with the U.S. Securities and Exchange Commission or other public statements to investors concerning information about Hanmi's losses and loans including the concealment of over $40 million in nonperforming loans and over $25 million in loan losses from investors. The Complaint asserts that the alleged misstatements or omissions artificially inflated the price of Hanmi common stock, and that the stock price dropped in response to certain subsequent disclosures. Defendants have denied and continue to deny the allegations in the Complaint and all charges of wrongdoing or liability against Hanmi or any of its officers, directors, or employees. The Settlement shall in no event be construed as, or deemed to be evidence of, an admission or concession by any of the Defendants with respect to any claim or any fault or wrongdoing or damage to the Settlement Class Members or any other person. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims.

3.      **Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

4.      **Why is there a Settlement?**

Plaintiff and Defendants do not agree regarding the merits of Plaintiff's allegations and Defendants' defenses with respect to liability or the amount of damages per share, if any, that would be recoverable if Plaintiff was to prevail at trial on each claim. The issues on which Plaintiff and Defendants disagree include: (1) whether Defendants made any statements or omissions that were materially false or misleading or otherwise actionable under federal securities law; (2) whether certain Defendants acted with scienter; (3) to the extent any statements or omissions were materially false or misleading and whether any subsequent disclosures corrected any prior false or misleading statements or omissions by Defendants; (4) the causes of the loss in the value of the stock; and (5) the amount of damages, if any, that could be recovered at trial.

This matter has not gone to trial. Instead, Plaintiff and Defendants have agreed to settle the case. Plaintiff and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses Defendants would raise. Among the reasons that Plaintiff and Lead Counsel believe the

Settlement is fair is the fact that there is uncertainty about whether they will prevail on a motion for class certification and motion for summary judgment, whether they would be able to prove their claims at trial, and whether they will be able to prove that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any.

Even if Plaintiff were to win at trial, and also prevail on any on appeal brought by Defendants, Plaintiff might not be able to collect some, or all, of any judgment the class would be awarded. Moreover, litigation of this type is usually expensive, and it appears that, even if Plaintiff's allegations were eventually found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

**5.**   **How do I know if I am part of the Settlement?**
The Settlement Class consists of those Persons or entities who purchased publicly-traded Hanmi common stock from August 9, 2018 and April 30, 2020, both dates inclusive.

**6.**   **Are there exceptions to being included?**
Yes. Excluded from the Settlement Class are: (i) Defendants; (ii) current and former officers, employees, consultants and directors of Hanmi; (iii) siblings, parents, children, spouses, and household members of any person excluded under (i) and (ii); (iv) any entities affiliated with, controlled by, or more than 5% owned by, any person excluded under (i) through (iii); and (v) the legal representatives, heirs, successors or assigns of any person excluded under (i) through (iv). Also excluded from the Settlement Class are those persons or entities who do not have compensatory losses and those who file valid and timely valid and timely requests for exclusion from the Settlement Class.

**7.**   **I am still not sure whether I am included.**
If you are still not sure whether you are included, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, visit the website www.strategicclaims.net/Hanmi, or fill out and return the Proof of Claim  Form described in Question 9, to see if you qualify.

**8.**   **What does the Settlement provide?**
**a.**   **What is the Settlement Fund?**
The proposed Settlement provides that Defendants pay $3,000,000 into the Settlement Fund. The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees and reasonable litigation expenses to Lead Counsel and any Award to the Plaintiff. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining ("Net Settlement Fund") will be distributed according to the Plan of Allocation to be approved by the Court to Settlement Class Members who submit timely, valid Proofs of Claim.

**b.**   **What can you expect to receive under the proposed Settlement?**
Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed; (ii) the dates you purchased and sold Hanmi common stock; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amounts awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and any awards to Plaintiff.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiff's contention that because of the alleged misrepresentations made by Defendants, the prices of Hanmi common stock were artificially inflated during the relevant period and that certain subsequent disclosures caused changes in the inflated price of Hanmi common stock. Defendants have denied these allegations.

## PROPOSED PLAN OF ALLOCATION

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement.  The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members.  Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/Hanmi.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss. **Please Note**: The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount of what a Settlement Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement.  The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants.  To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph.  If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Notice and Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible.  If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

## THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:

**Recognized Loss for the Company's Publicly-Traded Common Stock Purchased During the Class Period will be Calculated as Follows:**

(A)     For shares purchased during the Settlement Class Period <u>and sold during the Settlement Class Period</u>, the Recognized Loss per share will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below) less the inflation per share upon sale (as set forth in Inflation Table A below); or (2) the purchase price per share minus the sales price per share.

(B)     For shares purchased during the Settlement Class Period <u>and sold during the period May 1, 2020 through July 29, 2020</u>, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per share and the average closing price per share as of date of sale provided in Table B below.

(C)     For shares purchased during the Settlement Class Period <u>and retained as of the close of trading on July 29, 2020</u> the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per share minus $9.39[1] per share.

| INFLATION TABLE A<br>Publicly-Traded Common Stock Purchased During the<br>Settlement Class Period | |
| --- | --- |
| **Period** | **Inflation** |
| August 9, 2018 to July 31, 2019 inclusive | $4.55 per share |
| August 1, 2019 to August 11 2019, inclusive | $4.27 per share |
| August 12, 2019 to August 22, 2019, inclusive | $3.42 per share |
| August 23, 2019 to January 28, 2020, inclusive | $3.07 per share |
| January 29, 2020 to April 30, 2020, inclusive | $1.34 per share |

---

[1] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $9.39 per share was the mean (average) daily closing trading price of the Company's publicly-traded common stock during the 90-day period beginning on May 1, 2020 through and including July 29, 2020.

| Table B | | | | | | |
|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 5/1/2020 | $10.34 | $10.34 | | 6/16/2020 | $10.22 | $9.45 |
| 5/4/2020 | $10.02 | $10.18 | | 6/17/2020 | $9.59 | $9.46 |
| 5/5/2020 | $9.49 | $9.95 | | 6/18/2020 | $9.63 | $9.46 |
| 5/6/2020 | $9.17 | $9.76 | | 6/19/2020 | $9.55 | $9.46 |
| 5/7/2020 | $9.20 | $9.64 | | 6/22/2020 | $9.65 | $9.47 |
| 5/8/2020 | $9.84 | $9.68 | | 6/23/2020 | $9.47 | $9.47 |
| 5/11/2020 | $9.10 | $9.59 | | 6/24/2020 | $9.00 | $9.46 |
| 5/12/2020 | $8.43 | $9.45 | | 6/25/2020 | $9.33 | $9.45 |
| 5/13/2020 | $7.80 | $9.27 | | 6/26/2020 | $8.94 | $9.44 |
| 5/14/2020 | $7.84 | $9.12 | | 6/29/2020 | $9.65 | $9.45 |
| 5/15/2020 | $7.81 | $9.00 | | 6/30/2020 | $9.71 | $9.45 |
| 5/18/2020 | $9.08 | $9.01 | | 7/1/2020 | $9.08 | $9.44 |
| 5/19/2020 | $8.33 | $8.96 | | 7/2/2020 | $9.26 | $9.44 |
| 5/20/2020 | $8.89 | $8.95 | | 7/6/2020 | $9.47 | $9.44 |
| 5/21/2020 | $8.79 | $8.94 | | 7/7/2020 | $9.15 | $9.43 |
| 5/22/2020 | $8.69 | $8.93 | | 7/8/2020 | $9.11 | $9.43 |
| 5/26/2020 | $9.05 | $8.93 | | 7/9/2020 | $8.67 | $9.41 |
| 5/27/2020 | $10.38 | $9.01 | | 7/10/2020 | $9.10 | $9.40 |
| 5/28/2020 | $9.76 | $9.05 | | 7/13/2020 | $9.28 | $9.40 |
| 5/29/2020 | $9.03 | $9.05 | | 7/14/2020 | $9.13 | $9.40 |
| 6/1/2020 | $9.03 | $9.05 | | 7/15/2020 | $9.47 | $9.40 |
| 6/2/2020 | $9.17 | $9.06 | | 7/16/2020 | $9.60 | $9.40 |
| 6/3/2020 | $9.53 | $9.08 | | 7/17/2020 | $9.13 | $9.40 |
| 6/4/2020 | $10.09 | $9.12 | | 7/20/2020 | $8.95 | $9.39 |
| 6/5/2020 | $10.75 | $9.18 | | 7/21/2020 | $9.43 | $9.39 |
| 6/8/2020 | $11.64 | $9.28 | | 7/22/2020 | $9.23 | $9.39 |
| 6/9/2020 | $11.23 | $9.35 | | 7/23/2020 | $9.52 | $9.39 |
| 6/10/2020 | $10.34 | $9.39 | | 7/24/2020 | $9.49 | $9.39 |
| 6/11/2020 | $9.60 | $9.39 | | 7/27/2020 | $9.27 | $9.39 |
| 6/12/2020 | $9.84 | $9.41 | | 7/28/2020 | $9.15 | $9.38 |
| 6/15/2020 | $9.96 | $9.43 | | 7/29/2020 | $9.53 | $9.39 |

To the extent a claimant had a trading gain or "broke even" from his, her or its overall transactions in the Company's publicly-traded common stock during the Settlement Class Period, the value of the Recognized Loss will be zero and the claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a claimant suffered a trading loss on his, her or its overall transactions in the Company's publicly-traded common stock during the Settlement Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the claimant's actual trading loss.

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of the Company's' publicly-traded common stock shall not be deemed a purchase, acquisition or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim enclosed with this Notice, you must provide all your purchases and sales of the Company's publicly-traded common stock during the period August 9, 2018 through and including July 29, 2020. Hanmi shares purchased and sold during the Settlement Class Period must have been sold at a loss and after an alleged corrective disclosure to qualify as a Recognized Loss. Trading gains, if any, will have a Recognized Loss of $0.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Counsel, Lead Plaintiff, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Claim Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Cash Settlement Amount shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Cash Settlement Amount, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

9.   **How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This form is attached to this Notice. You may also obtain this form on the Settlement website at www.strategicclaims.net/Hanmi. Read the instructions carefully, fill out the form, sign it in the location indicated. The Proof of Claim may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/Hanmi by 11:59 p.m. EST on August 7, 2024; or (2) by mailing the claim form together with all documentation requested in the form, postmarked no later than August 7, 2024, to the Claims Administrator at:

Hanmi Financial Corporation Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax:  610-565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

**10.    What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the August 16, 2024 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against the Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against the Defendants and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase of publicly-traded Hanmi common stock during the Settlement Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as the sole compensation for any losses you suffered in the purchase or sale of Hanmi common stock during the Settlement Class Period. The specific terms of the release are included in the Stipulation.

**11.    How do I exclude myself from the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that: (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Killyoung Oh v. Hanmi Financial Corporation, et al.,* Case No. 2:20-cv-02844-FLA-JC (C.D. Cal.)"; (B) states the date, number of shares, and dollar amount of each purchase of publicly-traded Hanmi common stock and, if applicable, each sale during the Settlement Class Period, as well as the number of shares of publicly-traded Hanmi common stock held by the Person as of the opening and closing of the Settlement Class Period. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase and, if applicable, sale transaction of Hanmi common stock during the Settlement Class Period, and (ii) demonstrating your status as a beneficial owner of the Hanmi common stock. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than August 16, 2024, to the Claims Administrator at the following address:

Hanmi Financial Corporation Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

You cannot exclude yourself by telephone or by e-mail.

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the Final Judgment in this case.

**12.    If I do not exclude myself, can I sue the Defendants for the same thing later?**

No. Unless you followed the procedure outlined in this Notice and the Court's Preliminary Approval Order to exclude yourself, you give up any right to sue the Defendants or other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

- 9 -

**13.     Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel, to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided above.

**14.     How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed one-third of the Settlement Fund, for reimbursement of reasonable litigation expenses not to exceed $80,000, and an Award to Plaintiff in an amount not to exceed $10,000. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.     How do I tell the Court that I object to the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiff, and that you think the Court should not approve any or all of the foregoing, by mailing or filing an objection stating that you object to the Settlement in the matter of *Killyoung Oh v. Hanmi Financial Corporation, et al.,* Case No. 2:20-cv-02844-FLA-JC (C.D. Cal.). Be sure to include (1) your name, address, and telephone number, (2) a list of all purchases and sales of publicly-traded Hanmi common stock during the Settlement Class Period in order to show membership in the Settlement Class, (3) all grounds for the objection, including any legal support known to you or your counsel, (4) the name, address and telephone number of all counsel, if any, who represent you, and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be received no later than August 16, 2024:

| Clerk of the Court | LEAD COUNSEL: | COUNSEL FOR |
|---|---|---|
| United States District Court | THE ROSEN LAW FIRM, P.A. | DEFENDANTS: |
| Central District of California | Daniel Tyre-Karp | MANATT, PHELPS & |
| First Street U.S. Courthouse | 275 Madison Avenue, 40th Floor | PHILLIPS, LLP |
| 350 W. First Street, Suite 4311 | New York, NY 10016 | Naeun Rim |
| Los Angeles, CA 90012 | | 2049 Century Park East |
| | | Suite 1700 |
| | | Los Angeles, CA 90067 |

**16.    What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.    When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Hearing on September 6, 2024, at 1:30 p.m., at the U.S. District Court, Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 6B, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide whether to approve the Plan of Allocation, as well as how much to pay Lead Counsel for attorneys' fees and expenses and how much to award to Plaintiff.

**18.    Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.    What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Stipulation) ever again.

DATED:  MARCH 19, 2024

BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission:  August 7, 2024**

IF YOU PURCHASED PUBLICLY-TRADED HANMI FINANCIAL CORPORATION ("HANMI" OR THE "COMPANY") COMMON STOCK DURING THE PERIOD FROM AUGUST 9, 2018 THROUGH APRIL 30, 2020, BOTH DATES INCLUSIVE ("SETTLEMENT CLASS PERIOD"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE SETTLEMENT CLASS ARE: (I) DEFENDANTS; (II) CURRENT AND FORMER OFFICERS, EMPLOYEES, CONSULTANTS AND DIRECTORS OF HANMI; (III) SIBLINGS, PARENTS, CHILDREN, SPOUSES, AND HOUSEHOLD MEMBERS OF ANY PERSON EXCLUDED UNDER (I) AND (II); (IV) ANY ENTITIES AFFILIATED WITH, CONTROLLED BY, OR MORE THAN 5% OWNED BY, ANY PERSON EXCLUDED UNDER (I) THROUGH (III); AND (V) THE LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS OR ASSIGNS OF ANY PERSON EXCLUDED UNDER (I) THROUGH (IV). ALSO EXCLUDED ARE THOSE WHO VALIDLY OPT-OUT AND THOSE WITH NO COMPENSATORY LOSSES).

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT A PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM BY 11:59 P.M. EST ON AUGUST 7, 2024 AT WWW.STRATEGICCLAIMS.NET/HANMI.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS PROOF OF CLAIM, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN AUGUST 7, 2024 TO STRATEGIC CLAIMS SERVICES, THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

Hanmi Financial Corporation Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY AUGUST 7, 2024 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL, AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM, YOU WILL NOT SHARE IN THE SETTLEMENT, BUT YOU NEVERTHELESS WILL BE BOUND BY THE FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

-1-

## CLAIMANT'S STATEMENT

1.  I (we) purchased Hanmi Financial Corporation ("Hanmi" or the "Company") publicly-traded common stock during the Settlement Class Period. (Do not submit this Proof of Claim if you did not purchase Hanmi common stock during the Settlement Class Period.)

2.  By submitting this Proof of Claim, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above or am (are) acting for such person(s); that I am (we are) not a Defendant(s) in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice"); that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund; that I (we) elect to participate in the proposed Settlement; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim.

4.  I (we) have set forth where requested below all relevant information with respect to each purchase of publicly-traded Hanmi common stock, and each sale, if any, of the same. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of Hanmi common stock listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.  I (we) understand that the information contained in this Proof of Claim is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims.  The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss.  In some cases, the Claims Administrator may condition acceptance of the claim upon the production of additional information, including, where applicable, information concerning transactions in any derivative securities, such as options.)

7.  Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates) of each of the "Released Parties" of all "Released Claims" as those terms are defined in the Stipulation of Settlement, dated June 23, 2023 ("Stipulation").

8. Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. "Released Parties" has the meaning defined in the Stipulation.

10. "Released Claims" has the meaning defined in the Stipulation.

11. "Unknown Claims" has the meaning defined in the Stipulation.

12. I (we) agree and acknowledge that I (we) may hereafter discover facts in addition to or different from those which I (we) now know or believe to be true with respect to the Released Claims, but I (we) agree and acknowledge that, upon the Effective Date as defined in the Stipulation, I (we) shall be deemed to have, and by operation of the Final Judgment shall have, fully, finally and forever settled and released, any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of fiduciary duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts.  I (we) agree and acknowledge that the foregoing waiver, which includes the express waiver of California Civil Code § 1542 as more fully described in ¶ 6.2 of the Stipulation, was separately bargained for and a key element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with the authority to file on behalf of (a) accounts of multiple Persons and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their clients' transactions in the approved electronic spreadsheet format, which is available by request to the Claims Administrator at efile@strategicclaims.net or by visiting the website www.strategicclaims.net/institutional-filers/. One spreadsheet may contain the information for multiple Persons and institutional accounts who constitute distinct legal entities ("Legal Entities"), but all Representative Filers MUST also submit a manually signed Proof of Claim, as well as proof of authority to file (see Item 2 of the Claimant's Statement) along with the electronic spreadsheet. The electronic spreadsheet must be properly and completely submitted as stated in the format and it must include the Social Security/Tax Identification Number information. If this the Social Security/Tax Identification Number is not submitted, it could delay the processing of the claim and will be subject to rejection.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim hosted at www.strategicclaims.net/Hanmi.  If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim has been submitted.  If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004.  If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim.

15. In order to provide accurate claims processing you must provide all transactions in publicly-traded Hanmi common stock between August 9, 2018 and July 29, 2020, both dates inclusive.

-3-

HANMI

## I. CLAIMANT INFORMATION

| | | |
|---|---|---|
| Beneficial Owner Name | | |
| Record Owner Name | | |
| Address | | |
| | | |
| City | State | Zip Code |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN HANMI FINANCIAL CORPORATION PUBLICLY-TRADED COMMON STOCK

**Beginning Holdings:**

A.  State the total number of shares of publicly-traded Hanmi Financial Corporation  ("Hanmi") common stock held at the close of trading on August 8, 2018 (*must be documented)*.  If none, write "zero" or "0."

**Purchases:**

B.  Separately list each and every purchase of publicly-traded Hanmi common stock between August 9, 2018 and July 29, 2020, both dates inclusive, and provide the following information (*must be documented):*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

HANMI

**Sales:**

C.  Separately list each and every sale of publicly-traded Hanmi common stock between August 9, 2018 and July 29, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Ending Holdings:**

D.  State the total number of shares of publicly-traded Hanmi common stock held at the close of trading on July 29, 2020 (*must be documented).*

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

**III. SUBSTITUTE FORM W-9**

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s).  For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ |  | _____ |

**IV. CERTIFICATION**

I (We) submit this Proof of Claim under the terms of the Stipulation and Settlement described in the Long Notice.  I (We) also submit to the jurisdiction of the United States District Court for the Central District of California, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of publicly-traded Hanmi common stock during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

HANMI

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM MUST BE SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/HANMI NO LATER THAN 11:59 P.M. ON AUGUST 7, 2024, OR POSTMARKED NO LATER THAN AUGUST 7, 2024 AND MUST BE MAILED TO:**

Hanmi Financial Corporation Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

A Proof of Claim received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by August 7, 2024 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Proof of Claim shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proofs of Claim and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim.  Please notify the Claims Administrator of any change of address.

Hanmi Financial Corporation Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**REMINDER CHECKLIST**

o   Please be sure to sign this Proof of Claim on page 6.  If this Proof of Claim is submitted on behalf of joint claimants, then both claimants must sign.

o   Please remember to attach supporting documents.  Do NOT send any stock certificates.  Keep copies of everything you submit.

o   Do NOT use highlighter on the Proof of Claim or any supporting documents.

o   If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or to deliver payment to you.

**EXHIBIT B**

## REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS

**STRATEGIC CLAIMS SERVICES**
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202      EMAIL: info@strategicclaims.net      FAX: (610) 565-7985

March 29, 2024

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential Settlement Class Members.

**We request that you assist us in identifying any individuals/entities who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED PUBLICLY-TRADED HANMI FINANCIAL CORPORATION ("HANMI" OR THE "COMPANY") COMMON STOCK DURING THE PERIOD FROM AUGUST 9, 2018 THROUGH APRIL 30, 2020, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are: (i) Defendants; (ii) current and former officers, employees, consultants and directors of Hanmi; (iii) siblings, parents, children, spouses, and household members of any person excluded under (i) and (ii); (iv) any entities affiliated with, controlled by, or more than 5% owned by, any person excluded under (i) through (iii); and (v) the legal representatives, heirs, successors or assigns of any person excluded under (i) through (iv).

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Hanmi Financial Corporation Securities Litigation* <br> Case No. 2:20-cv-02844-FLA-JC <br> Claim Filing Deadline: August 7, 2024 <br> Objection Deadline: August 16, 2024 <br> Exclusion Deadline: August 16, 2024 <br> Settlement Hearing: September 6, 2024 | Cusip Number: 410495204 <br> Ticker Symbol: NASDAQ: HAFC |

**PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.**

Please comply in one of the following ways:
1.  If you have no beneficial purchasers/owners, please so advise us in writing; or
2.  **Supply us with names, last known addresses, and email addresses (to the extent known)** of your beneficial purchasers/owners and we will do the emailing of the link to the location of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and the Proof of Claim and Release Form ("Proof of Claim") or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3.  Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4.  Request a link to the location of the Long Notice and Proof of Claim and email the links to each of your beneficial purchasers/owners within ten (10) calendar day after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
*   **$0.03 per emailed Notice sent,**
*   **$0.03 per name, address and email address** if you are providing us the records, OR
*   **$0.03 per name and address, including materials, plus postage at the pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter**.

You are on record as having been notified of the legal matter. A copy of the Long Notice and Proof of Claim and all the important documents are available on our website at www.strategicclaims.net/Hanmi. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
Hanmi Financial Corporation Securities Litigation

Hanmi Financial Corporation Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**EXHIBIT C**

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities
Class Action Settlement*

*You may be entitled to a payment.
This Notice may affect your legal rights.*

*Please read it carefully.*

There has been a proposed Settlement of all claims against Hanmi Financial Corporation ("Hanmi") and certain of its officers and directors (collectively, "Defendants"). The Settlement resolves a lawsuit in which Plaintiff alleges that, in violation of the federal securities laws, Defendants misled investors, issuing materially false and misleading statements and causing damages to Settlement Class Members. Defendants have determined that the Settlement is in the best interest of Hanmi. Defendants deny any wrongdoing, and the Settlement is not an admission or concession by Defendants of the truth of any of the allegations, or of any liability, fault, or wrongdoing of any kind.

You received this Notice because you or someone in your family may have purchased publicly-traded Hanmi common stock between August 9, 2018 and April 30, 2020, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of Defendants, a fund consisting of $3,000,000 ("Settlement Fund"), less attorneys' fees and expenses, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement at www.strategicclaims.net/Hanmi and please request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) mail: *Hanmi Financial Corporation Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call toll free: (866) 274-4004; (3) Fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net/Hanmi.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. A copy of the Proof of Claim can be found on the website. PROOFS OF CLAIM ARE DUE BY AUGUST 7, 2024 TO: HANMI FINANCIAL CORPORATION SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063 OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/HANMI. If you do not want to be legally bound by the Settlement, you must exclude yourself by August 16, 2024, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by August 16, 2024. The Long Notice explains how to exclude yourself or to object.

The Court will hold a hearing on September 6, 2024 at 1:30 p.m. at First Street U.S. Courthouse, 350 W. 1st Street, Courtroom 6B, Los Angeles, California 90012, or via remote means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of up to one-third of the Settlement Fund, plus actual expenses up to $80,000 for litigating the case and negotiating the Settlement, and a compensatory Award to Plaintiff not to exceed $10,000 ("Settlement Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Settlement Hearing by remote means. You may, but are not required to, attend the hearing and ask to be heard by the Court. For more information, call (866) 274-4004, or visit www.strategicclaims.net/Hanmi.

**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, April 15, 2024 9:00 AM |
| **To:** | mcraig@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; mcraig@strategicclaims.net; lrosen@rosenlegal.com |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA |



# Release Distribution Confirmation

**The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of the publicly-traded common stock of Hanmi Financial Corporation – HAFC**

*Cross time: **04/15/24 09:00 AM ET: Eastern Time** - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

1

**AFFIDAVIT**

**STATE OF NEW JERSEY**                    )
                                                                    ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the

Publisher of Investor's Business Daily, a weekly national newspaper of general

circulation throughout the United States, and that the notice attached to this Affidavit

has been regularly published in Investor's Business Daily, for National distribution for

1 insertion(s) on the following date(s): 4/15/2024

ADVERTISER: HANMI FINANCIAL CORPORATION

and that the foregoing statements are true and correct to the best of my knowledge.

_Wayne Sidor_

Sworn to
before me this
15th day of
April 2024



Notary Public

Keith Oechsner
NOTARY PUBLIC
State of New Jersey
ID # 50106528
My Commission Expires
June 10, 2024

## Grains

**WHEAT (CBOT) - 5,000 bu minimum- cents per bushel**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 806.00 | 523.50 | May 24 | 95,230 | 552.50 | 562.50 | 547.50 | 556.00 | +4.25 |
| 799.00 | 537.75 | Jul 24 | 182,164 | 566.50 | 576.25 | 564.25 | 570.75 | +4.5 |
| 794.25 | 550.00 | Sep 24 | 51,629 | 583.75 | 591.75 | 581.50 | 586.50 | +3.5 |
| 799.00 | 565.75 | Dec 24 | 54,552 | 608.00 | 614.25 | 605.00 | 609.75 | +3.5 |
| 798.75 | 581.00 | Mar 25 | 8,521 | 626.50 | 631.00 | 624.00 | 628.00 | +3.5 |
| 787.00 | 591.75 | May 25 | 2,539 | 634.50 | 641.50 | 633.50 | 638.00 | +3 |
| 760.00 | 597.75 | Jul 25 | 1,672 | 637.25 | 642.50 | 634.25 | 639.25 | +3.25 |
| Est. Vol. 144,000 | | Vol. 60,158 | open int | 396,945 | +1,226 | | | |

**CORN (CBOT) - 5,000 bu minimum- cents per bushel**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 637.75 | 409.00 | May 24 | 374,891 | 428.25 | 437.50 | 427.00 | 435.50 | +6.75 |
| 635.00 | 422.50 | Jul 24 | 535,975 | 441.00 | 449.25 | 439.50 | 447.25 | +6.25 |
| 578.00 | 432.00 | Sep 24 | 213,356 | 450.25 | 458.00 | 449.00 | 456.75 | +6.25 |
| 565.00 | 446.00 | Dec 24 | 341,733 | 466.00 | 473.25 | 464.25 | 472.00 | +6 |
| 571.50 | 459.50 | Mar 25 | 47,789 | 478.75 | 486.00 | 477.50 | 485.00 | +5.75 |
| 573.25 | 466.75 | May 25 | 10,337 | 486.50 | 493.50 | 486.50 | 492.50 | +5.5 |
| 574.75 | 469.75 | Jul 25 | 12,116 | 490.75 | 497.50 | 489.75 | 496.75 | +5.25 |
| 524.50 | 463.50 | Sep 25 | 2,428 | 484.00 | 487.00 | 484.00 | 486.75 | +4 |
| 515.00 | 460.00 | Dec 25 | 24,106 | 487.00 | 493.00 | 486.50 | 491.00 | +3 |
| 520.50 | | Mar 26 | 607 | 500.00 | 501.00 | 498.00 | 499.75 | +2.5 |
| 512.50 | 455.00 | Dec 26 | 1,272 | 479.75 | 482.50 | 479.75 | 482.00 | +1.75 |
| Est. Vol. 380,102 | | Vol. 560,175 | open int | 1,564,871 | +3,670 | | | |

**OATS (CBOT) - 5,000 bu minimum- cents per bushel**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 521.25 | 327.75 | May 24 | 2,929 | 345.50 | 358.00 | 344.50 | 351.50 | +3.75 |
| 529.50 | 323.00 | Jul 24 | 1,857 | 337.75 | 349.25 | 337.25 | 340.25 | +3.25 |
| 516.25 | 326.25 | Sep 24 | 18 | 343.25 | 343.25 | 338.25 | 338.25 | +3.25 |
| 508.50 | 326.25 | Dec 24 | 447 | 344.00 | 349.00 | 342.25 | 342.25 | -5 |
| Est. Vol. 1,224 | | Vol. 1,063 | open int | 5,255 | -172 | | | |

**SOYBEANS (CBOT) - 5,000 bu minimum- cents per bushel**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1420.8 | 1128.5 | May 24 | 246,200 | 1158.5 | 1179.8 | 1154.0 | 1174.0 | +14.8 |
| 1421.0 | 1140.5 | Jul 24 | 309,151 | 1170.5 | 1192.8 | 1167.0 | 1186.8 | +14.3 |
| 1393.5 | 1138.8 | Aug 24 | 28,951 | 1170.0 | 1190.8 | 1166.0 | 1184.5 | +13 |
| 1338.5 | 1128.8 | Sep 24 | 23,361 | 1159.0 | 1177.0 | 1154.8 | 1171.8 | +11.8 |
| 1320.0 | 1116.3 | Nov 24 | 162,330 | 1164.3 | 1181.0 | 1159.0 | 1176.3 | +12 |
| 1322.3 | 1124.5 | Jan 25 | 22,157 | 1176.5 | 1193.3 | 1175.5 | 1188.5 | +11.5 |
| 1263.0 | 1118.5 | Mar 25 | 32,633 | 1177.5 | 1193.5 | 1174.0 | 1187.5 | +9 |
| 1310.3 | 1110.5 | May 25 | 12,396 | 1182.8 | 1197.3 | 1178.0 | 1190.8 | +8 |
| 1265.0 | 1086.5 | Jul 25 | 5,638 | 1155.0 | 1162.0 | 1153.0 | 1158.0 | +2 |
| Est. Vol. 322,902 | | Vol. 342,871 | open int | 848,122 | +9,830 | | | |

**SOYBEAN MEAL (CBOT) - 100 tons- dollars per ton**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 435.90 | 323.20 | May 24 | 131,733 | 335.20 | 345.10 | 334.80 | 344.40 | +8.8 |
| 434.20 | 326.80 | Jul 24 | 188,204 | 337.40 | 345.30 | 337.00 | 344.10 | +6.3 |
| 429.60 | 328.60 | Aug 24 | 28,442 | 338.10 | 345.40 | 337.30 | 344.10 | +4.8 |
| 422.50 | 329.90 | Sep 24 | 23,192 | 338.40 | 345.60 | 337.90 | 344.60 | +3.6 |
| 415.30 | 330.20 | Oct 24 | 11,943 | 338.00 | 345.10 | 337.80 | 344.10 | +3.6 |
| 417.40 | 333.30 | Dec 24 | 63,795 | 341.10 | 348.30 | 340.60 | 347.00 | +5.7 |
| 416.10 | 334.90 | Jan 25 | 9,011 | 342.00 | 348.90 | 342.00 | 348.00 | +5.4 |
| 406.90 | 335.80 | Mar 25 | 6,242 | 342.40 | 349.30 | 342.40 | 347.50 | +4.7 |
| 404.00 | 337.30 | May 25 | 2,183 | 344.70 | 351.40 | 343.90 | 348.30 | +4.3 |
| 404.20 | 339.70 | Jul 25 | 2,183 | 344.70 | 352.00 | 344.60 | 350.70 | +4.3 |
| Est. Vol. 262,921 | | Vol. 249,981 | open int | 477,460 | +4,447 | | | |

**SOYBEAN OIL (CBOT) - 60,000 lbs- cents per lb**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 64.03 | 44.26 | May 24 | 131,361 | 46.02 | 46.67 | 45.59 | 45.89 | -13 |
| 63.54 | 44.48 | Jul 24 | 203,343 | 46.51 | 47.22 | 46.06 | 46.41 | -.14 |
| 62.34 | 44.64 | Aug 24 | 47,394 | 46.76 | 47.38 | 46.34 | 46.70 | -.11 |
| 61.23 | 44.45 | Sep 24 | 30,897 | 46.89 | 47.41 | 46.46 | 46.78 | -11 |
| 60.53 | 44.18 | Oct 24 | 12,422 | 46.92 | 47.41 | 46.52 | 46.81 | -.15 |
| 59.95 | 43.74 | Dec 24 | 109,366 | 47.11 | 47.60 | 46.71 | 47.02 | -.. |
| 59.40 | 44.26 | Jan 25 | 14,017 | 47.78 | 47.78 | 46.88 | 47.11 | +.03 |
| 59.16 | 44.88 | Mar 25 | 9,110 | 47.17 | 47.48 | 46.88 | 47.11 | +.03 |
| 58.86 | 44.58 | May 25 | 4,437 | 47.51 | 47.51 | 47.02 | 47.25 | +.07 |
| 57.90 | 43.71 | Dec 25 | 2,442 | 46.40 | 46.40 | 46.01 | 46.06 | +.03 |
| Est. Vol. 186,541 | | Vol. 252,581 | open int | 576,730 | +5,620 | | | |

**WHEAT (CBOT) - 5,000 bu minimum- cents per bushel**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 918.00 | 551.50 | May 24 | 56,652 | 584.00 | 591.25 | 579.75 | 589.75 | +6.5 |
| 873.00 | 543.25 | Jul 24 | 81,435 | 591.00 | 599.50 | 586.50 | 597.50 | +6.5 |
| 859.25 | 552.00 | Sep 24 | 46,978 | 590.25 | 598.00 | 587.50 | 597.50 | +7.25 |
| 858.50 | 565.75 | Dec 24 | 37,321 | 627.25 | 617.75 | 607.75 | 616.75 | +6.25 |
| 830.50 | 598.00 | Mar 25 | 1,085 | 636.25 | 641.50 | 633.25 | 640.50 | +5.75 |
| Est. Vol. 47,837 | | Vol. 70,837 | open int | 264,070 | -854 | | | |

**ROUGH RICE (CBOT) - 2,000 CWT- dollars per CWT**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 19.36 | 15.32 | May 24 | 5,120 | 17.30 | 17.56 | 17.10 | 17.23 | +.36 |
| 19.25 | 15.83 | Jul 24 | 1,850 | 16.83 | 17.14 | 16.73 | 16.85 | +.44 |
| 16.79 | 14.22 | Sep 24 | 2,421 | 14.75 | 14.84 | 14.75 | 14.82 | +.14 |
| 15.69 | 13.78 | Nov 24 | 14 | 14.89 | 14.89 | 14.89 | 14.93 | +.1 |
| Est. Vol. 957 | | Vol. 1,086 | open int | 8,743 | -56 | | | |

## Meats

**CATTLE (CME) - 40,000 lbs.- cents per lb.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 199.82 | 165.40 | Apr 24 | 17,800 | 180.50 | 180.50 | 176.50 | 178.90 | -1.35 |
| 194.02 | 162.57 | Jun 24 | 118,599 | 173.52 | 174.02 | 170.25 | 171.47 | -2.43 |
| 192.45 | 163.67 | Aug 24 | 57,027 | 171.00 | 171.45 | 167.65 | 168.75 | -2.7 |
| 194.67 | 168.50 | Oct 24 | 26,998 | 178.65 | 179.72 | 175.35 | 176.72 | -2.63 |
| 197.47 | 172.25 | Dec 24 | 26,998 | 178.65 | 179.72 | 175.35 | 176.72 | -2.63 |
| 199.55 | 175.07 | Feb 25 | 6,532 | 184.62 | 185.15 | 181.37 | 182.35 | -2.9 |
| 196.40 | 178.00 | Apr 25 | 3,489 | 179.75 | 180.00 | 177.50 | 177.50 | -2.5 |
| 190.97 | 176.32 | Jun 25 | 897 | 177.50 | 177.50 | 174.32 | 174.97 | -2.5 |
| 189.00 | 174.10 | Aug 25 | 293 | | | | | |
| Est. Vol. 67,982 | | Vol. 54,072 | open int | 275,870 | -2,696 | | | |

**FEEDER CATTLE (CME) - 50,000 lbs.- cents per lb.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 273.60 | 213.70 | Apr 24 | 3,290 | 238.77 | 239.42 | 235.95 | 237.60 | -1.57 |

## Spot Prices

| | | Current | Previous |
|---|---|---|---|
| **Food** | | | |
| Flour hard winter KC cwt | | 17.10 | 17.50 |
| Coffee parana ex-dock NY per lb. | | 2.1621 | 2.1535 |
| Coffee medlin ex-dock NY per lb. | | 2.3065 | 2.2974 |
| Cocoa beans NY per ton | | 10475 | 9891 |
| Cocoa butter African styl $ met ton | | 5000 | 5000 |
| Hogslow/Minnbarrows&giltswtdav | | 90.68 | 91.60 |
| Feedercattle 500-550 lb Okl av cwt | | 303.75 | 303.75 |
| Pork loins 13-19 lb FOB Omaha av cwt | | 119.41 | 119.74 |
| **Grains** | | | |
| Corn No. 2 yellow Chi processor bid | | 4.43¹/₂ | 4.36³/₄ |
| Soybeans No. 1 yellow | | 11.54 | 11.39³/₄ |
| Soybean Meal Cen Ill 48pct protein-ton | | 358.10 | 358.10 |
| Wheat No. 2 Chi soft | | 5.56 | 5.51³/₄ |
| Wheat N. 1 dk 14pcprp Mpls. | | 6.77¹/₄ | 6.72 |
| Oats No. 2 heavy or Better | | 3.51¹/₂ | 3.47³/₄ |
| Corn oil distillers Iowa lb. | | .44¹/₄ | ... |
| Soybean oil crude Decatur lb. | | .48¹/₄ | ... |
| Copper Cathode full plate | | 4.1908 | 4.2455 |

| | Current | Previous |
|---|---|---|
| Molybdenum per metric ton LME | 43,234 | 43,234 |
| **Textiles & Fibers** | | |
| Cotton 1-1-16 in. strict low middling | 75.58 | 76.33 |
| Coal Central Appalachia $ per short ton | 75.58 | 75.50 |
| **Raw Products** | | |
| Natural Gas Henry Hub, $ per mmbtu | 1.78 | 1.77 |
| **Gold** | | |
| London Morning Fixing | $2346.85 | $2364.20 |
| London afternoon fixing | $2333.00 | $2356.10 |
| NY Handy & Harman | $2401.50 | $2345.65 |
| NY Engelhard | $2347.00 | $2331.00 |
| NY Mercantile | $2356.20 | $2362.00 |

a–Asked,b–Bid,n–Normal,r–Revised,nq–Not Quoted,n.a.–Not Available.

## Foods

**COCOA (ICE) - 10 metric tons- $ per ton**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 11039 | 2764.0 | May 24 | 17,558 | 10440 | 11039 | 10357 | 10987 | +614 |
| 10511 | 2743.0 | Jul 24 | 56,240 | 9909.0 | 10511 | 9900.0 | 10475 | +584 |
| 9822.0 | 2726.0 | Sep 24 | 28,232 | 9306.0 | 9822.0 | 9278.0 | 9787.0 | +496 |
| 8727.0 | 2700.0 | Dec 24 | 34,382 | 8258.0 | 8727.0 | 8258.0 | 8689.0 | +400 |
| 7731.0 | 2686.0 | Mar 25 | 14,748 | 7390.0 | 7731.0 | 7390.0 | 7709.0 | +332 |
| 6861.0 | 3167.0 | May 25 | 4,666 | 6625.0 | 6861.0 | 6625.0 | 6853.0 | +271 |
| 6605.0 | 3200.0 | Sep 25 | 337 | 6502.0 | 6631.0 | 6502.0 | 6631.0 | +245 |
| Est. Vol. 28,833 | | Vol. 44,999 | open int | 162,673 | -1,769 | | | |

**COFFEE C (ICE) - 37,500 lbs.- cents per lb.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 236.20 | 145.90 | May 24 | 33,696 | 220.95 | 236.20 | 219.50 | 224.65 | +4.3 |
| 229.75 | 146.65 | Jul 24 | 116,178 | 218.35 | 229.75 | 215.25 | 220.45 | +3.5 |
| 227.00 | 147.50 | Sep 24 | 45,269 | 216.00 | 227.00 | 213.00 | 219.30 | +3.2 |
| 224.85 | 148.70 | Dec 24 | 29,389 | 215.00 | 224.85 | 212.80 | 218.40 | +3.55 |
| 224.05 | 150.25 | Mar 25 | 10,427 | 213.95 | 224.05 | 212.50 | 218.15 | +4.65 |
| 222.75 | 151.50 | May 25 | 3,982 | 213.40 | 222.75 | 211.85 | 217.15 | +5 |
| 221.00 | 152.00 | Jul 25 | 1,350 | 212.40 | 221.05 | 210.70 | 215.95 | +5.3 |
| 216.10 | 153.50 | Sep 25 | 2,369 | 209.95 | 216.60 | 207.00 | 211.90 | +2.15 |
| Est. Vol. 57,224 | | Vol. 82,468 | open int | 244,308 | -2,560 | | | |

**ORANGE JUICE (ICE) - 15,000 lbs.- cents per lb.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 396.75 | 206.25 | May 24 | 4,622 | 363.00 | 370.50 | 360.65 | 369.50 | +4.8 |
| 388.70 | 201.50 | Jul 24 | 2,819 | 362.25 | 369.00 | 360.30 | 368.00 | +5.75 |
| 378.50 | 195.70 | Sep 24 | 776 | 356.50 | 366.65 | 356.50 | 365.60 | +10 |
| Est. Vol. 1,194 | | Vol. 732 | open int | 8,365 | +105 | | | |

**SUGAR 16 (ICE) - 112,000 lbs.- cents per lb.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 42.66 | 36.78 | Nov 24 | 1,425 | 39.01 | 39.01 | 39.00 | 39.00 | -.5 |
| 42.00 | 36.28 | Jan 25 | 278 | 36.28 | 36.28 | 36.28 | 36.28 | -.. |
| 41.83 | 36.23 | Mar 25 | 79 | 31.33 | 39.00 | 39.00 | 39.00 | -.. |
| 41.81 | 69 | 492 | open int | 9,215 | +329 | | | |

**SUGAR-WORLD 11 (ICE) - 112,000 lbs.- cents per lb.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 26.76 | 19.80 | May 24 | 204,785 | 20.85 | 20.97 | 20.41 | 20.45 | -.4 |
| 25.54 | 19.68 | Jul 24 | 265,644 | 20.55 | 20.64 | 20.16 | 20.20 | -.14 |
| 24.98 | 19.74 | Oct 24 | 151,246 | 20.52 | 20.61 | 20.19 | 20.20 | -.09 |
| 24.80 | 19.62 | Mar 25 | 73,071 | 20.34 | 20.35 | 20.11 | 20.11 | -.04 |
| 23.37 | 18.60 | May 25 | 30,140 | 20.08 | 20.09 | 19.55 | 19.57 | -.42 |
| 21.74 | 17.16 | Jul 25 | 27 | 19.13 | 19.13 | 18.85 | 18.90 | -.35 |
| 21.69 | 17.17 | Oct 25 | 9 | 19.35 | 19.35 | 19.35 | 19.35 | -.02 |
| Est. Vol. 212,158 | | Vol. 231,049 | open int | 834,462 | +1,804 | | | |

## Oils

**LIGHT SWEET CRUDE (NYM) - 1,000 bbl.- dollars per bbl.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 30.89 | 22.22 | Dec 24 | 10,883 | 29.72 | 30.89 | 29.03 | 29.72 | +.099 |
| 29.74 | 22.59 | Mar 25 | 942 | 29.69 | 29.74 | 29.69 | 29.69 | +.097 |
| 29.08 | 3.148 | Apr 28 | 199 | 178,881 | +3,809 | | | |

**HI GRADE COPPER (CMX) - 25,000 lbs.- dollars per lb.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 4.34 | 3.586 | Apr 24 | 1,000 | 4.34 | 4.34 | 4.256 | 4.258 | +.0055 |
| 4.362 | 3.589 | May 24 | 121,331 | 4.261 | 4.362 | 4.25 | 4.259 | +.0055 |
| 4.373 | 3.602 | Jun 24 | 3,989 | 4.275 | 4.373 | 4.266 | 4.276 | +.01 |
| 4.382 | 3.610 | Jul 24 | 103,416 | 4.287 | 4.388 | 4.277 | 4.29 | +.011 |
| 4.381 | 3.615 | Aug 24 | 864 | 4.381 | 4.381 | 4.302 | 4.302 | +.01 |
| 4.4 | 3.637 | Sep 24 | 35,750 | 4.312 | 4.41 | 4.302 | 4.314 | +.01 |
| 4.4 | 3.641 | Nov 24 | 656 | 4.4 | 4.4 | 4.336 | 4.336 | +.009 |
| 4.435 | 3.656 | Dec 24 | 25,509 | 4.338 | 4.439 | 4.334 | 4.343 | +.009 |
| 4.5 | 3.644 | Mar 25 | 2,703 | 4.37 | 4.46 | 4.36 | 4.36 | +.008 |
| 4.621 | 3.642 | May 25 | 353 | 4.421 | 4.42 | 4.369 | 4.368 | +.0075 |
| 4.428 | 3.64 | Dec 25 | 977 | 4.428 | 4.428 | 4.378 | 4.378 | +.005 |
| Est. Vol. 204,333 | | Vol. 176,185 | open int | 298,003 | -747 | | | |

**HEATING OIL (NYM) - 42,000 gal, cents per gal**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 4.866 | 4.188 | Dec 24 | 2,157 | 4.595 | 4.609 | 4.587 | 4.609 | .066 |
| 4.459 | 3.645 | Mar 27 | 1,521 | 3.94 | 3.964 | 3.94 | 3.964 | .047 |
| 3.908 | 3.148 | Apr 28 | 1,990 | 3.392 | 3.421 | 3.392 | 3.421 | .047 |
| Est. Vol. 402,711 | | Vol. 636,837 | open int | 1,575,446 | +19,114 | | | |

**NY HARBOR GAS BLEND (NYM) - 42,000 gallons- dollars per gallon**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 3.9 | 2.963 | May 24 | 105,843 | 2.787 | 2.804 | 2.803 | 2.803 | +.029 |
| 2.824 | 2.09 | Jun 24 | 98,272 | 2.762 | 2.824 | 2.758 | 2.776 | +.028 |
| 2.66 | 2.11 | Jul 24 | 68,177 | 2.72 | 2.78 | 2.718 | 2.735 | +.026 |
| 2.66 | 2.056 | Sep 24 | 37,480 | 2.604 | 2.66 | 2.6 | 2.617 | +.023 |
| Est. Vol. 179,488 | | open int | 508,477 | +456 | | | | |

**NATURAL GAS (NYM) - 10,000 mm btu's, $ per mm btu**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 3.343 | 1.686 | May 24 | 198,779 | 1.767 | 1.785 | 1.731 | 1.753 | +.006 |
| 3.542 | 1.935 | Jun 24 | 196,581 | 2.005 | 2.04 | 1.973 | 2.002 | +.009 |
| 3.548 | 2.21 | Jul 24 | 242,698 | 2.324 | 2.36 | 2.293 | 2.324 | +.008 |
| 3.648 | 2.421 | Aug 24 | 157,555 | 2.413 | 2.458 | 2.398 | 2.423 | +.009 |
| 3.996 | 2.346 | Sep 24 | 135,567 | 2.394 | 2.444 | 2.386 | 2.414 | +.007 |
| 4.81 | 2.835 | Oct 24 | 142,367 | 2.534 | 2.597 | 2.533 | 2.563 | +.007 |
| 4.62 | 3.094 | Nov 24 | 117,889 | 3.111 | 3.157 | 3.103 | 3.141 | +.017 |
| 4.629 | 3.293 | Dec 24 | 80,894 | 3.724 | 3.791 | 3.723 | 3.769 | +.02 |
| 4.697 | 3.401 | Jan 25 | 92,533 | 3.951 | 4.004 | 3.94 | 3.99 | +.024 |
| 4.697 | 3.402 | Feb 25 | 44,992 | 3.857 | 3.906 | 3.85 | 3.901 | +.021 |
| 4.524 | 3.341 | Mar 25 | 75,063 | 3.415 | 3.456 | 3.412 | 3.442 | +.016 |
| 4.81 | 2.956 | Apr 25 | 74,072 | 2.746 | 2.75 | 2.738 | 2.745 | +.01 |
| Est. Vol. 958,441 | | Vol. 1,017,770 | open int | 1,798,505 | +18,979 | | | |

## Metals

**GOLD (CMX) - 100 troy oz.- dollars per troy oz.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 2429.0 | 1861.7 | Apr 24 | 570 | 2377.3 | 2429.0 | 2343.3 | 2356.2 | +1.4 |
| 2439.8 | 1880.4 | May 24 | 1,843 | 431,917 | 2394.4 | 2356.0 | 2374.1 | +1.4 |
| 2448.8 | 1880.4 | Jun 24 | 431,917 | 2389.4 | 2448.8 | 2350.6 | 2374.1 | +1.4 |
| 2471.3 | 1900.2 | Aug 24 | 48,991 | 2410.7 | 2471.3 | 2373.0 | 2396.2 | +1.4 |
| 2490.7 | 1921.7 | Oct 24 | 11,443 | 2436.6 | 2495.2 | 2418.0 | 2441.1 | +1.4 |
| 2516.6 | 1933.9 | Dec 24 | 21,648 | 2459.8 | 2516.6 | 2442.3 | 2465.4 | +1.5 |
| 2538.0 | 1956.9 | Feb 25 | 5 | 2482.1 | 2538.0 | 2462.2 | 2490.2 | +1.5 |
| 2563.1 | 1980.2 | Apr 25 | 1,783 | 2505.2 | 2563.1 | 2505.2 | 2515.1 | +1.3 |
| 2516.3 | 2007.6 | Aug 25 | 1,555 | 2595.0 | 2595.0 | 2566.5 | 2580.7 | +17,676 |
| 2625.3 | 2032.6 | Dec 25 | 1,546 | 2630.3 | 2630.3 | 2592.5 | 2606.1 | +5 |
| Est. Vol. 485,675 | | Vol. 285,667 | open int | 523,277 | +17,676 | | | |

**PLATINUM (NYM) - 50 troy oz.- dollars per troy oz.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1135.1 | 857.60 | Jul 24 | 71,949 | 996.00 | 1020.5 | 991.00 | 1001.7 | +13.7 |
| 1025.4 | 865.00 | Oct 24 | 7,867 | 1009.3 | 1020.5 | 1001.7 | 1012.2 | +12.8 |
| 1041.1 | 871.90 | Jan 25 | 1,141 | 1014.7 | 1048.0 | 1013.1 | 1022.2 | +14.5 |
| 1048.3 | 877.00 | Apr 25 | 57 | 1045.6 | 1048.3 | 1013.5 | 1031.5 | +15 |
| Est. Vol. 43,013 | | Vol. 30,462 | open int | 81,595 | +887 | | | |

**PALLADIUM (NYM) - 100 troy oz- dollars per oz**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1697.1 | 862.00 | Jun 24 | 19,708 | 1055.0 | 1094.5 | 1053.0 | 1059.5 | +18.8 |
| 1363.8 | 878.50 | Sep 24 | 616 | 1066.0 | 1077.8 | 1066.0 | 1082.0 | +19.4 |
| Est. Vol. 5,585 | | Vol. 4,570 | open int | 20,348 | +3 | | | |

**SILVER (CMX) - 5,000 troy oz.- dollars per troy oz.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 29.81 | 22.12 | Apr 24 | 38 | 28.28 | 28.28 | 28.26 | 28.26 | +.079 |
| 30.05 | 21.43 | May 24 | 91,849 | 28.92 | 29.01 | 28.10 | 28.33 | +.09 |
| 30.00 | 22.68 | Jun 24 | 422 | 28.70 | 28.70 | 28.33 | 28.48 | +.079 |
| 30.19 | 21.70 | Jul 24 | 64,251 | 29.06 | 29.06 | 28.29 | 28.61 | +.08 |
| 30.31 | 21.99 | Sep 24 | 9,921 | 29.16 | 29.50 | 28.49 | 28.90 | +.087 |
| Est. Vol. 82,650 | | | | | | | | |

## Woods And Fibers

**LUMBER (CME) - 27,500 bd. ft.- $ per 1,000 bd. ft.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 624.00 | 515.00 | May 24 | 5,708 | 548.00 | 548.50 | 536.00 | 539.00 | -5.5 |
| 628.00 | 524.50 | Jul 24 | 3,491 | 554.50 | 554.50 | 569.00 | -1.5 | |
| 635.50 | 527.00 | Sep 24 | 1 | 584.00 | 584.00 | 582.00 | 584.00 | -.. |
| Est. Vol. 1,237 | | Vol. 1,300 | open int | 8,109 | -8 | | | |

**COTTON 2 (ICE) - 50,000 lbs.- dollars per lb.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 103.80 | 77.34 | May 24 | 31,023 | 83.36 | 83.97 | 81.70 | 82.62 | -.75 |
| 99.99 | 77.33 | Jul 24 | 110,347 | 84.12 | 84.90 | 82.89 | 83.67 | -.6 |
| 95.75 | 76.88 | Oct 24 | 9,655 | 84.36 | 84.81 | 84.59 | -.66 | |
| 86.59 | 76.47 | Dec 24 | 87,176 | 83.81 | 84.32 | 82.81 | 83.44 | -.6 |
| 85.78 | 76.51 | Mar 25 | 11,267 | 84.06 | 84.51 | 83.35 | 83.83 | -.5 |
| 85.37 | 76.73 | May 25 | 1,659 | 82.36 | 82.75 | 82.27 | 82.74 | -.45 |
| 84.89 | 78.25 | Jul 25 | 1,437 | 81.90 | 82.27 | 81.90 | 82.27 | -.45 |
| 81.34 | 74.72 | Dec 25 | 3,775 | 71.00 | 71.45 | 71.00 | 71.45 | -.45 |
| Est. Vol. 68,009 | | Vol. 77,483 | open int | 224,645 | -8,626 | | | |

## Financials

**US TREASURY BONDS (CBOT) - $100,000 prin- pts & 32nds of 100 pct**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 126-03 | 115 | Sep 24 | 859 | 115-04 | 116-14 | 115-04 | 116-00 | +31 |
| 120-15 | 115-09 | Dec 24 | 118 | 115-15 | 116-08 | 115-15 | 116-02 | +31 |
| Est. Vol. 405,185 | | Vol. 652,680 | open int | 1,537,134 | -7,491 | | | |

**10 YEAR TREASURY (CBOT) - $100,000 prin-pts & 32nds & a half 32nd**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 113-32 | 106-00 | Jun 24 | 244,416,108 | 108-01 | 108-26 | 108-01 | 108-22 | +185 |
| 114-16 | 108-00 | Sep 24 | 1,266 | 108-13 | 109-03 | 108-13 | 109 | +185 |
| Est. Vol. 2,287,279 | | Vol. 3,034,912 | open int | 4,417,374 | -30,929 | | | |

**5 YEAR TREASURY (CBOT) - $100,000 prin-pts & 32nds & a half 32nd**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 109-13 | 104-24 | Jun 24 | 246,091,270 | 105-05 | 105-21 | 105-05 | 105-18 | +11.7 |
| 109-19 | 105-13 | Sep 24 | 353 | 105-3 | 105-26 | 105-3 | 105-23 | +12 |
| Est. Vol. 1,270,774 | | Vol. 1,956,956 | open int | 6,093,686 | -1,695 | | | |

**2 YR. TREASURY NOTES (CBOT) - $200,000 prin-pts & 32nds & quarter 32nd**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 104-03 | 101-26 | Jun 24 | 243,942,160 | 101-17 | 101-24 | 101-17 | 101-22 | +047 |
| 104-07 | 101-26 | Sep 24 | 29 | 101-31 | 102-01 | 101-31 | 102-01 | +047 |
| Est. Vol. 644,500 | | Vol. 1,087,878 | open int | 3,942,189 | +13,330 | | | |

**US DOLLAR INDEX (ICE) - 1000 x index**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 105.95 | 98.48 | Jun 24 | 41,784 | 105.07 | 105.90 | 105.02 | 105.83 | +.77 |
| 106.08 | 100.06 | Sep 24 | 107 | 105.40 | 105.63 | 105.40 | 105.63 | +.78 |
| Est. Vol. 15,593 | | Vol. 18,665 | open int | 42,296 | -624 | | | |

**AUSTRALIAN DOLLAR (IMM) - 100,000 dollars, $ per A $**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .6709 | .646 | May 24 | 560 | .6545 | .6548 | .6461 | .6468 | -.0083 |
| .6944 | .6345 | Jun 24 | 205,317 | .655 | .6555 | .6555 | .6468 | .6469 | .0081 |
| .694 | .6362 | Sep 24 | 712 | .6568 | .6571 | .6485 | .6485 | .0083 |
| .6931 | .6366 | Dec 24 | 600 | .6582 | .6582 | .6499 | .6499 | .0058 |
| Est. Vol. 124,699 | | Vol. 123,985 | open int | 207,866 | -7,345 | | | |

**BRITISH POUND (IMM) - 62,500 pounds, $ per pound**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1.2896 | 1.2293 | Apr 24 | 1,205 | 1.2556 | 1.2557 | 1.2423 | 1.2441 | .0115 |
| 1.3071 | 1.2099 | Jun 24 | 219,155 | 1.2558 | 1.2563 | 1.2432 | 1.2449 | .0109 |
| 1.2975 | 1.2130 | Sep 24 | 3,407 | 1.2568 | 1.2649 | 1.2449 | 1.2468 | .0106 |
| Est. Vol. 129,659 | | Vol. 125,685 | open int | 225,722 | -4,732 | | | |

**CANADIAN DOLLAR (IMM) - 100,000 dollars, $ per Cdn. dlr**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .7598 | .7250 | May 24 | 430 | .7306 | .7304 | .7258 | .7257 | -.0053 |
| .7655 | .7226 | Jun 24 | 215,433 | .7311 | .7315 | .7259 | .7261 | .0051 |
| .7643 | .7244 | Sep 24 | 1,646 | .7316 | .7322 | .7266 | .7268 | .0053 |
| Est. Vol. 96,520 | | Vol. 122,600 | open int | 222,192 | +10,491 | | | |

**MEXICAN PESO (IMM) - 500,000 pesos, $ per peso**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .0611 | .0515 | Apr 24 | 122 | .0601 | .0601 | .0598 | .06 | .0009 |
| .0609 | .0513 | May 24 | 1 | .0595 | .0597 | .0593 | .0597 | .00083 |
| .0599 | .0512 | Jun 24 | 307,832 | .0602 | .0607 | .0594 | .0585 | .00081 |
| Est. Vol. 122,919 | | Vol. 51,053 | open int | 307,962 | +1,521 | | | |

**JAPANESE YEN (IMM) - 12.5 million yen, $ per 100 yen**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .7207 | .6622 | Apr 24 | 1,788 | .6527 | .6532 | .6522 | .6527 | .0003 |
| .7031 | .6551 | Jun 24 | 237,699 | .6545 | .6551 | .6518 | .6549 | .0001 |
| .7867 | .6584 | Sep 24 | 328,671 | .659 | .6618 | .6584 | .6611 | .0002 |
| .806 | .6619 | Dec 24 | 175 | .6662 | .6662 | .6655 | .6655 | -1,117 |
| Est. Vol. 182,235 | | Vol. 150,091 | open int | 335,336 | -1,117 | | | |

**SWISS FRANC (IMM) - 125,000 francs, $ per franc**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1.2196 | 1.1031 | Jun 24 | 91,517 | 1.1073 | 1.1074 | 1.1019 | 1.1026 | .0044 |
| 1.2187 | 1.1112 | Sep 24 | 113 | 1.1172 | 1.1174 | 1.1172 | 1.1142 | .0055 |
| Est. Vol. 28,127 | | Vol. 29,965 | open int | 92,136 | -183 | | | |

**EURO - 125,000 Euros, $ per Euro**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1.1151 | 1.0627 | Apr 24 | 2,561 | 1.0725 | 1.0727 | 1.0639 | 1.0691 | .0091 |
| 1.1417 | 1.0583 | Jun 24 | 645,853 | 1.0754 | 1.0756 | 1.0651 | 1.0667 | .0087 |
| 1.1448 | 1.0669 | Sep 24 | 3,347 | 1.0801 | 1.0801 | 1.0696 | 1.0712 | .0087 |
| 1.1485 | 1.0676 | Dec 24 | 501 | 1.0849 | 1.0849 | 1.0749 | 1.0765 | .0087 |
| Est. Vol. 281,012 | | Vol. 262,460 | open int | 655,281 | +882 | | | |

**30 DAY FEDERAL FUNDS (CBOT) - $5 million- pts. of 100 pct.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| Est. Vol. 369,794 | | Vol. 481,398 | open int | 1,870,242 | +10,256 | | | |

## Key Commodity Futures



**CORN** Jul 24   PRICE MO   %F=30.7   %S=32   CLOSE   4.47%
OPEN INTEREST 535975 CBOT



**SOYBEANS** Jul 24   PRICE MO   %F=22.8   %S=20.6   CLOSE   11.86%
OPEN INTEREST 309151 CBOT



**CATTLE** Jun 24   PRICE MO   %F=14.7   %S=16.1   CLOSE   171.47
OPEN INTEREST 118599 CME



**HOGS LEAN** Jun 24   PRICE MO   %F=57.3   %S=73   CLOSE   102.07
OPEN INTEREST 109092 CME



**COFFEE C** Jul 24   PRICE MO   %F=89   %S=89.9   CLOSE   220.45
OPEN INTEREST 116178 ICE



**SUGAR-WORLD 11** Jul 24   PRICE MO   %F=12.3   %S=28.4   CLOSE   20.13
OPEN INTEREST 265644 ICE



**GOLD** Jun 24   PRICE MO   %F=82   %S=84.5   CLOSE   2374.10
OPEN INTEREST 431917 CMX



**SILVER** May 24   PRICE MO   %F=82.1   %S=82.9   CLOSE   28.00%
OPEN INTEREST 91849 CMX



**HI GRADE COPPER** May 24   PRICE MO   %F=79.9   %S=80.8   CLOSE   4.26
OPEN INTEREST 121331 CMX



**LIGHT SWEET CRUDE** Jun 24   PRICE MO   %F=74.3   %S=78.5   CLOSE   85.08
OPEN INTEREST 333180 NYM

**HEATING OIL** Jun 24   PRICE MO   %F=56   %S=61.6   CLOSE   268.46
OPEN INTEREST 76775 NYM

**NATURAL GAS** Jul 24   PRICE MO   %F=44   %S=46.2   CLOSE   2.350
OPEN INTEREST 242698 NYM

**REUTERS/JEFFERIES CRB INDEX**   High 297.87   Low 297.87   Close 297.87 +2.32
Since Jan 1 +12.9%



JAN 2022PR   JUL   OCT   JAN 2023PR   JUL   OCT   JAN 2024PR

**HOGS LEAN (CME) - 40,000 lbs.- cents per lb.**

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 91.80 | 71.70 | Apr 24 | 16,887 | 91.40 | 91.45 | 90.82 | 90.87 | -58 |
| 99.72 | 79.25 | May 24 | 6,832 | 96.77 | 97.5 | 93.75 | 93.87 | -3.43 |
| 109.65 | 87.55 | Jun 24 | 109,092 | 105.12 | 106.02 | 102.07 | 102.07 | -3.73 |
| 111.25 | 89.62 | Jul 24 | 43,237 | 107.25 | 108.02 | 104.00 | 104.25 | -3.27 |
| 108.30 | 89.02 | Aug 24 | 40,873 | 104.60 | 105.20 | 101.75 | 102.25 | -2.85 |
| 89.40 | 77.30 | Oct 24 | 52,325 | 87.80 | 88.05 | 85.87 | 86.12 | -1.88 |
| 80.65 | 71.82 | Dec 24 | 36,667 | 78.30 | 78.75 | 76.95 | 77.27 | -1.43 |
| 82.05 | 75.40 | Feb 25 | 7,269 | 81.55 | 81.60 | 80.00 | 80.30 | -1.27 |
| 88.00 | 78.70 | Apr 25 | 2,766 | 85.02 | 85.02 | 83.75 | 83.80 | -1.22 |
| 96.80 | 90.60 | Jun 25 | 1,283 | 94.15 | 94.15 | 93.05 | 93.15 | -1.47 |
| Est. Vol. 57,224 | | Vol. 45,315 | open int | 317,430 | +951 | | | |