Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Daniel Tyre-Karp (*pro hac vice*)
Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: dtyrekarp@rosenlegal.com
Email: philkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILLYOUNG OH, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>HANMI FINANCIAL CORPORATION, C. G. KUM, BONITA I. LEE, and ROMOLO C. SANTAROSA,<br><br>        Defendants. | Case No. 2:20-cv-02844-FLA-JC<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF NON-OPPOSITION TO MOTIONS FOR: (I) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND (II) AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF**<br>Date: September 6, 2024<br>Time: 1:30 p.m.<br>Courtroom: 6B<br>Judge: Fernando L. Aenlle-Rocha |

- 1 -

Lead Plaintiff Killyoung Oh ("Lead Plaintiff") respectfully submits this Notice of Non-Opposition to the motions for: (I) Final Approval of the Proposed Settlement and Plan of Allocation, and Final Certification of the Proposed Settlement Class; and (II) Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff. (Dkt. Nos. 90 and 92) ("Motions").[1]

The Court-ordered deadline for Settlement Class Members to object to the Settlement, Plan of Allocation, requested attorneys' fees and reimbursement of expenses, or award to Lead Plaintiff was August 16, 2024. Similarly, the deadline to request exclusion from the Settlement Class was August 16, 2024. Not a single objection has been submitted or filed on the docket and no requests for exclusion have been received. *See* Supplemental Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice and Emailing of Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date ("Craig Suppl. Decl.") ¶¶7-8, filed herewith. The Settlement Class's overwhelmingly positive reaction to the all aspects of the Settlement supports Court-approval of the Motions.

The Court appointed Strategic Claims Services ("SCS") as the Claims Administrator to oversee the Settlement's notice program and to process the claims. (Dkt. No. 88 at 12). As detailed in the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice and Emailing of Long Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated August 9, 2024 (the "Initial Mailing Decl.") (Dkt. No. 94-1), potential Settlement Class Members received notice of the Settlement by mailed Postcard Notice and/or by emailed links to the Long Notice and Claim Form, ¶¶5-9.

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation of Settlement, filed on June 23, 2023 ("Stipulation") (Dkt. No. 79).

SCS also disseminated the Summary Notice electronically over *GlobeNewswire* and in print in *Investor's Business Daily*. *Id*. ¶10. On March 29, 2024, SCS established a website dedicated to the Settlement which included the online claim filing link and important documents including the Long Notice, Claim Form, Preliminary Approval Order, and Stipulation. *Id*. ¶12; *See also,* Craig Supp. Decl., ¶6. The Settlement website will remain updated and active through the distribution process. *Id*. SCS continues to maintain a toll-free telephone number for potential Settlement Class Members to learn about the Settlement as well as request copies of the Long Notice and Claim Form. *Id*. ¶5. SCS will continue to respond to Settlement Class Member's inquiries from the toll-free telephone line. *Id*.

The August 7, 2024 claims filing deadline and the August 16, 2024 deadline for objections and requests for exclusion have each passed. To date, potential Settlement Class Members have submitted 6,669 claims. *Id.* ¶9. SCS is currently conducting quality assurance reviews on those claims. *Id*. No objections have been submitted or filed and no requests for exclusion have been received. *Id.* ¶¶7-8. Unsurprisingly, no objectors wishing to be heard orally at the Settlement Hearing have filed a notice of appearance on the docket by or since the August 16, 2024 deadline. Initial Mailing Decl., Exhibit A at 10 (Long Notice).

This absence of objections to any aspect of the Settlement, including the requested attorneys' fees, expenses, and award to Lead Plaintiff, strongly supports final approval of the Settlement. (*See* Dkt. No. 91 at 19-21; Dkt. No. 93 at 13-15, 18-20).[2]

---

[2] *See e.g,, Nat'l Rural Telecommunications Cooperative v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004) (granting final approval of settlement, finding "[t]he absence of a single objection to the Proposed Settlement provides further support for final approval of the Proposed Settlement."); *Cheng Jiangchen v. Rentech, Inc.*, 2019 WL 5173771, at *7 (C.D. Cal. Oct. 10, 2019) ("lack of objections from class members weighs in favor of granting final approval."); *Kendall v. Odonate Therapeutics, Inc.*, 2022 WL 1997530, at *6 (S.D. Cal. June 6, 2022) ("no objections to the settlement or

NOTICE OF NON-OPPOSITION MOTIONS FOR: (I) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND (II) AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF; 2:20-cv-02844-FLA-JC

The absence of requests for exclusion further echoes support for final approval of the Settlement.[3]

Given the extremely positive reaction to all aspects of the Settlement, Lead Plaintiff respectfully requests that the Court enter the [Proposed] Order and Final Judgment, attached hereto and originally filed as Exhibit B to the Stipulation (Dkt. No. 79-6), as well as the [Proposed] Order Awarding Attorneys' Fees and Expenses and Award to Lead Plaintiff (Dkt. No. 92-1).

When there is such a supportive response to a proposed settlement courts in this District and throughout the Ninth Circuit routinely enter similar form orders – without

requested attorneys' fees, costs, or incentive award have been filed" supporting the reasonableness of these requests); *Rentech,* 2019 WL 5173771, at *10 ("no objections filed to the requested attorney's fees… also supports granting the requested fees."); *Brown v. China Integrated Energy Inc.*, 2016 WL 11757878, at *12, *13 (C.D. Cal. July 22, 2016) (no objections and three exclusion requests "weighs in favor of approving award" with the court awarding "request for costs in its entirety" due to "extensive length and complexity of this litigation and the lack of any objectors to the proposed reimbursement of costs"); *Todd v. STAAR Surgical Co.*, 2017 WL 4877417, at *4, *6 (C.D. Cal. Oct. 24, 2017) (noting lack of objections to fee and expense award support approval); *In re Am. Apparel, Inc. S'holder Litig.*, 2014 WL 10212865, at *21 (C.D. Cal. July 28, 2014) (without objections, "the class overwhelmingly favors the settlement and class counsel's request for fees"); *In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) ("The lack of objection from any Class Member supports the attorneys' fees award").

[3] *See e.g., Churchill Vill., L.L.C. v. Gen. Elec.*, 361 F.3d 566, 577 (9th Cir. 2004) (affirming settlement with 0.56% of eligible class members requesting exclusion); *Maine State Ret. Sys. v. Countrywide Fin. Corp.*, 2013 WL 6577020, at *16 (C.D. Cal. Dec. 5, 2013) (69 exclusion requests in response to mailing of over 50,000 notices supports settlement); *Kendall*, 2022 WL 1997530, at *6 (lack of objections and requests for exclusion "support[] approval"); *Chun-Hoon v. McKee Foods Corp.*, 716 F. Supp. 2d 848, 852 (N.D. Cal. 2010) ("overwhelming positive reaction of the class members" including 16 exclusion request representing 4.86% of class supports settlements' approval.).

- 4 -

delay – at or shortly after a settlement hearing. *See e.g., In re Fat Brands Inc. Securities Litigation,* Case No. 2:22-cv-01820-MCS-RAO (C.D. Cal.) (no objections and one exclusion request); *Schneider v. Champignon Brands Inc., et al.,* Case No. 2:21-cv-03120-JVS-KES (C.D. Cal.) (no objections or exclusion requests); *In re Merit Medical Systems, Inc. Securities Litigation*, Case No. 8:19-cv-02326-DOC-ADS (C.D. Cal.) (no objections and one exclusion request); *Steamfitters Local 449 Pension Plan v. Molina Healthcare, Inc., et al.*, Case No. 2:18-cv-03579-AB-JC (C.D. Cal.) (no objections and three valid exclusion requests); *Roberts v. Zuora, Inc., et al.,* Case No. 3:19-cv-03422-SI (N.D. Cal.) (no objections to settlement, four previous exclusions from class at certification stage); *In re WageWorks, Inc. Securities Litigation*, Case No. 4:18-cv-01523-JSW (N.D. Cal.) (no objections and one exclusion request).

Moreover, when there are no objections or requests for exclusion, like here, courts have vacated settlement hearings and taken similar motions under submission. *See e.g., Perez v. Izea, Inc., et al.*, Case No. 2:18-cv-02784-SVW-GJS (C.D. Cal.); *Barney v. Nova Lifestyle, Inc., et al.,* Case No. 2:18-cv-10725-TJH-AFM (C.D. Cal.). Lead Plaintiff is mindful that the Court is busy and respectfully suggests that the orders be entered without delay. As this Action was filed in March 2020 and the Stipulation was executed in June 2023, Hanmi investors have been patiently awaiting compensation for number of years since this case was filed.

Dated: August 27, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Daniel Tyre-Karp*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

- 5 -

Email: lrosen@rosenlegal.com

Daniel Tyre-Karp (*pro hac vice*)
Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: dtyrekarp@rosenlegal.com
Email: philkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff
and the Class*

**GLANCY PRONGAY & MURRAY
LLP**
Kara M. Wolke (SBN 241521)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: kwolke@glancylaw.com

*Additional Counsel for Lead Plaintiff*

- 6 -

## CERTIFICATE OF COMPLIANCE WITH LR 11-6.2

The undersigned, counsel of record for Lead Plaintiff, certifies that this brief contains 1,269 words, which complies with the word limit of L.R. 11-6.1.

Date: August 27, 2024

/s/Daniel Tyre-Karp

- 7 -

## CERTIFICATE OF SERVICE

I, Daniel Tyre-Karp, hereby declare under penalty of perjury as follows:

I am Counsel at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On August 27, 2024, I electronically filed the foregoing NOTICE OF NON-OPPOSITION TO MOTIONS FOR: (I) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND (II) AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 27, 2024.

/s/Daniel Tyre-Karp

NOTICE OF NON-OPPOSITION MOTIONS FOR: (I) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND (II) AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF; 2:20-cv-02844-FLA-JC