UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KILLYOUNG OH, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

HANMI FINANCIAL CORPORATION, C. G. KUM, BONITA I. LEE, and ROMOLO C. SANTAROSA,

Defendants.

Case No. 2:20-cv-02844-FLA-JC

Hon. Fernando L. Aenlle-Rocha

CLASS ACTION

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE AND EMAILING OF LONG NOTICE AND CLAIM FORM; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

1

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG
Case No. 2:20-cv-02844-FLA (JC)

I, Margery Craig, declare as follows:

1.     I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over seventeen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2.     Pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement, dated March 19, 2024 (Dkt. No. 88, the "Preliminary Approval Order"), SCS was approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned Action.[1]

3.     I submit this supplemental declaration to my previously filed Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice and Emailing of Long Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated August 9, 2024 (Dkt. No. 94-1, the "Craig Declaration"), to provide the Court and the Parties with updated

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, filed June 23, 2023 (Dkt. No. 79, the "Stipulation").

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG
Case No. 2:20-cv-02844-FLA (JC)

information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

### UPDATE ON INDIVIDUAL NOTICE DISSEMINATION

4.    Since the Craig Declaration, no additional Postcard Notices have been requested or mailed and no additional links to the Long Notice and Claim Form on the Settlement Website have been requested or emailed.

### UPDATE ON TOLL-FREE PHONE LINE

5.    The Craig Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or also request a Long Notice and Claim Form to be mailed to them.  SCS continues to promptly respond to each telephone inquiry and will continue to respond to Settlement Class Member inquires via the toll-free telephone line.

### UPDATE ON SETTLEMENT WEBSITE

6.    As noted in the Craig Declaration, on March 29, 2024, SCS established a webpage on its website at www.strategicclaims.net/Hanmi. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status; the case deadlines; the online claim filing link; and the important case documents including the Stipulation, Preliminary Approval Order, Long Notice and Claim Form. SCS will continue to maintain and update the Settlement website through the

3

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG
Case No. 2:20-cv-02844-FLA (JC)

distribution process which will occur several months after final approval of the Settlement. Thus the website will be active for more than six months.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

7.  The Postcard Notice, Long Notice, Summary Notice, and the Settlement website informed potential Settlement Class Members that written requests for exclusion were to be mailed or delivered to SCS such that they were received no later than August 16, 2024. SCS has been monitoring all mail delivered for this case. To date, SCS has not received any exclusion requests, nor has SCS been notified that any misdirected requests for exclusion were received by Lead Counsel.

8.  According to the Postcard Notice, Long Notice, Summary Notice, and the Settlement website, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, and/or Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiff must be submitted to Lead Counsel and Counsel for Defendants, as well as filed with the Clerk of the Court, no later than August 16, 2024. As of the date of this declaration, SCS has not received any misdirected objections, nor has SCS been notified that any objections were filed.

## CLAIMS RECEIVED TO DATE

9.  The deadline for claims submission was August 7, 2024. As of the date of this declaration, SCS has received 6,669 claims. SCS is currently conducting

4

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG
Case No. 2:20-cv-02844-FLA (JC)

quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of August 2024, in Media, Pennsylvania.

Margery Craig

5