UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV 20-02844-FLA (JCx) | Date | September 6, 2024 |
| Title | Killyoung Oh v. Hanmi Financial Corporation, et al. | | |

**Present: The Honorable**    FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE

| Vanessa Figueroa | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiffs: | Attorneys Present for Defendants: |
| Daniel I. Tyre-Karp | Darren L. Patrick |
| | Charles Weir |

**Proceedings:**    **Motion for Final Approval of Class Action Settlement [90]**

**Plaintiff's Motion for Attorney Fees and Expenses and Award to Lead Plaintiff [92]**

The matters are called for hearing and counsel make their arguments. The court takes the matters under submission. A written order will issue.

| | 00 | : | 35 |
|---|---|---|---|
| Initials of Preparer | vdr | | |