UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KILLYOUNG OH,

    Plaintiff,

    v.

HANMI FINANCIAL CORPORATION, *et al.*,

    Defendants.

Case No. 2:20-cv-02844-FLA (JCX)

**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF [DKT. 92]**

Before the court is Plaintiff Killyoung Oh's ("Plaintiff" or "Lead Plaintiff") Motion for Award of Attorney's Fees and Expenses and Award to Lead Plaintiff ("Motion"). Dkt. 92. The court held a hearing on the Motion on September 6, 2024. The Rosen Law Firm, P.A. ("Rosen Law")—court-appointed Lead Counsel[1] for purposes of the Settlement—has petitioned the court for: (1) an award of attorney's fees in compensation for services provided to Lead

---

[1] Capitalized terms used herein have the meanings defined in the Stipulation of Settlement, filed on June 23, 2023 ("Stipulation"). Dkt. 79.

1

Plaintiff and the Settlement Class; (2) reimbursement of expenses incurred in connection with prosecuting this action; and (3) an award to Lead Plaintiff, to be paid out of the Settlement Fund established pursuant to the Settlement.

The court, having considered the Motion and all relevant information thereto, hereby GRANTS IN PART the Motion and ORDERS as follows:

1. Rosen Law is AWARDED $955,952.50 from the Settlement Fund as attorney's fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. Lead Counsel is AWARDED expenses in the amount of $65,850.85, with interest, as described in the previous paragraph.

3. Lead Plaintiff is AWARDED $10,000 as reimbursement for his lost time and expenses in connection with his prosecution of the Action.

4. Except as otherwise provided herein, the attorney's fees, reimbursement of expenses, and award to Lead Plaintiff shall be paid in the manner and procedure provided for in the Stipulation.

IT IS SO ORDERED.

Dated: September 17, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2